# EXHIBIT "B"



| Originally Presented on: | 11/29/18 |
|---|---|
| Type of Action: | Sense of the Body |
| Status/Result: | New Business |

S.A. Resolution #19
In Opposition to the Department of Education's Proposed Title IX Changes

ABSTRACT: This resolution strongly condemns the changes proposed by the Department of Education and urges the Cornell Student Body to partake in the 60-day commenting period.

Sponsored by: Joe Anderson '20, Savanna Lim '21, and Ian Wallace '20

**Whereas,** on November 16th, 2018 the Department of Education release their proposed revisions for the handling of sexual misconduct cases under Title IX[1];

**Whereas,** in response to these proposed changes, several survivor advocate organizations have denounced these proposed changes as changes that would increase barriers to reporting and minimize the effects of sexual misconduct on college campuses;

**Whereas,** Columbia University[2] and several other universities have pledged support to maintain support for students, even in the wake of these proposed changes;

**Whereas,** these changes would drastically change the process in reporting, investigating, and deciding cases of sexual misconduct, including:
- Eliminating the single investigator model
- Requiring live hearing, which would be conducted by a neutral decision maker
- Allowing for a period of cross-examination period
- Complicates the duties of reporting for off-campus incidents
- Choosing a higher evidentiary standard
- Allowing for an appeals process;[3]

**Be it therefore resolved,** the Student Assembly vehemently denounces the proposed changes made by the Department of Education;

**Be it therefore resolved,** the Student Assembly actively encourages students to voice their opinions and to partake in the 60-day commenting period.

**Respectfully Submitted,**

Joe Anderson '20

---

[1] https://www.ed.gov/news/press-releases/secretary-devos-proposed-title-ix-rule-provides-clarity-schools-support-survivors-and-due-process-rights-all

[2] https://www.columbiaspectator.com/news/2018/11/20/university-pledges-to-maintain-support-for-students-as-trump-administration-announces-new-sexual-misconduct-rules/

[3] https://www.nytimes.com/2018/11/16/us/politics/betsy-devos-title-ix.html

**Cornell University Student Assembly** ☺ *www.CornellSA.com*
*Stay Informed. Get Involved. Make a Difference.*



# Cornell University Student Assembly

37    *Executive Vice President, Student Assembly*
38
39    Savanna Lim '21
40    *Vice President of External Affairs, Student Assembly*
41    *Women's Liaison at-Large, Student Assembly*
42
43    Ian Wallace '20
44    *LGBTQ+ Liaison at-Large, Student Assembly*
45
46    Natalia Hernandez '21
47    *Vice President of Diversity and Inclusion, Student Assembly*
48    *Minority Students Liaison at-Large, Student Assembly*
49
50    Debbie Nyakaru '20
51    *First Generation Students Liaison at-Large, Student Assembly*
52
53    *(Reviewed by: Executive Committee, VOTE, 11/28/2018)*