# EXHIBIT "C"

| | |
|---|---|
| Interviewer: | Okay, so I've started the recording, so good morning. Thank you for joining me. Like I said, my name is Lauren Branchini. There's a couple things that will sort of guide our conversation today, and what might be helpful is if you want to tell me a little bit about what brings you in today? You don't have to go into the whole experience if you don't want to, but I'm just trying to get a little- |
| Interviewee: | That's okay. I wrote it down. |
| Interviewer: | Okay. Then what we'll do is once you've shared some information, I'll talk with you about your ... what you'd like to, ideally, see happen, and then what your different rights and options are with our office. |
| Interviewee: | Okay. It happened March 15 around 10:30 PM. It was a conference we were holding at Hotel School called HEC. It took place in the library lounge area. Specifically, in the lounge. Around 10 PM we started cleaning up the event. I walked into the lounge. I saw Professor ... or we all just call him Giuseppe, talking with an alumni. I say hi, and then I end up talking to the alum, and he walks away to talk to other people. About 15 minutes later, he comes back. Giuseppe's kind of touchy, so he like first clutches my forearm, then he progresses where he puts his arm around my waist, and then he touches the skin on my waist between the shirt and the top of my pants, which was underneath my suit jacket. Then he grabs my left butt cheek. |
| Interviewee: | That took place over a period of time around 10:30. I excused myself, saying, "I need to help cleanup again." When I'm trying to leave, he grabs my forearm again and asks what time I'm leaving the building tonight because he wants to say by before I leave. At 10:34 I call my friend. Before all this, Giuseppe commented on my looks a lot, and he also kept asking me to visit him in his office to just talk. I don't have any classes with him. I'm not really interested in the field that he teaches, so I thought he was just being kind and being Giuseppe. Yeah. |
| Interviewer: | Okay. All right, and then you said he grabbed your buttocks at one point? |
| Interviewee: | Yes. |
| Interviewer: | Are you able remember what that touch felt like? |
| Interviewee: | He squeezed it. |
| Interviewer: | Do you remember whether he said anything during that interaction? |
| Interviewee: | When it happened, we were ... I was talking with him and the alum, and I don't ... nothing in particular comes to mind. Nothing that was related to what he did. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

2 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Okay. Do you know who the alum was? |
| Interviewee: | Yeah, Sophia Lin Kanno. |
| Interviewer: | Okay. |
| Interviewee: | She probably was pretty drunk I think, and I was facing ... my back was facing the wall, which is why I don't think anyone saw anything. |
| Interviewer: | All right, and is Giuseppe his first name? |
| Interviewee: | Giuseppe is his first name. It's just what we all refer him to. His name's like ... I don't remember his last name, to be honest. I think it starts with a P. |
| Interviewer: | Okay. I think you said he's a faculty member at the Hotel School? |
| Interviewee: | He's tenured emeritus. He's been teaching there for 30+ years. |
| Interviewer: | Okay. Do you know what he teaches? I'm sure there's not that many people named Giuseppe there, but- |
| Interviewee: | Oh yeah. He's easy to find online. I think wine pairings. Maybe restaurant entrepreneurship. I don't take any of his classes, so I'm not entirely sure. Last semester he taught food operations for the first time in a really long time. |
| Interviewer: | Okay, and can tell me more about him asking you to come to his office? |
| Interviewee: | He just kind of said it a lot, and I never really followed up on it because I was really busy. This is before, so near the end of ... I was starting to feel bad about not visiting him because he kept saying it. Yeah, he just mentioned it, I don't remember how many, but a good amount of times. |
| Interviewer: | Okay, and have you ever taken a class with him? |
| Interviewee: | No. |
| Interviewer: | Do remember when he started asking you to come to his office? |
| Interviewee: | It was this semester. |
| Interviewer: | Okay, so the spring of 2019? |
| Interviewee: | Yes. Just, I guess, a little bit more background on him, since he's been teaching there for 30 years. Specifically, the Hotel School, which is a very tight-knit community. So, even if no one's talked to him before, everyone knows who he is. Because he's just been there for so long, and just he's kind of part of the identity of the Hotel School, like last 30 years of alumni know who he is. All the |

Final Investigative Record  
(20181900)  
Distributed November 8, 2019

3 of 141

Private  
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
|  | students know who he is, even if they've never spoken to him or took a class with him before. Yeah, he's almost like a mascot in a way. Like, everyone's just kind of like, "Oh, that's Giuseppe. He's so sweet." He's like a sweet old man. It's like Italian guy who loves food. Yeah. |
| Interviewee: | He's been known to also like try to set people up. Think one of my friends, she told me that once he just kind of like grabbed her arm. It's like, "Oh, I want you to meet someone," and like led her to I think a freshman or even just like a prospective student and was like, "You two should talk," and the boys parents were there too. They were like, "What is going on?" Yeah, he's normally very touchy. Like, in the hallway, he'll ... if you knows who he is, you have that sort of relationship with him, he'll come up and talk, and you joke around with him, and he like grabs your forearm or puts his arm around your waist. You think like, "Oh, that's just Giuseppe." |
| Interviewer: | Okay. All right. Is there anything else about the incident on March 15 that you think is important for me to understand? |
| Interviewee: | My God, I wonder if that can pick that up? The event is like ... it's called Friday Dinner, and so [inaudible 00:08:07] Friday Dinner at HEC. So, there's I guess ... like, this should pertain, but there's like a lot of alcohol there. I don't know if he drank. He didn't act differently from what I could tell. |
| Interviewer: | Do you remember if you had anything to drink? |
| Interviewee: | We're not allowed to drink. Students aren't allowed to drink there. |
| Interviewer: | All right. Okay. Anything else that we haven't talked about that you think is important? |
| Interviewee: | No, not really. Can't think of anything. |
| Interviewer: | Okay. All right, so what we'll do is we'll transition to talking about some of what my office does, and then we'll talk about what you would ideally like to see happen. |
| Interviewee: | Okay. |
| Interviewer: | Okay. Okay, go ahead. |
| Interviewee: | Because there were a lot of people at the event, two chef instructors also came by. I don't remember the exact timing of whether they came over before or after it happened, but it was around a similar time, and I think they were also ... I don't want to say they were drunk, but I think they were definitely drinking. So, I don't think they saw anything, which is why sometimes I forget that part in my story. Do you need their names too? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

4 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Sure, that might be helpful. |
| Interviewee: | Chef Christian Latimer, and I think Tony Vesco, V-E-S-C-O. It starts with a T. I don't know if that's exactly his first name. |
| Interviewer: | Okay. |
| Interviewee: | Yeah, that's it. |
| Interviewer: | Okay. All right. Anything else? |
| Interviewee: | No, that's it. |

Private - Distribution Not Permitted

Final Investigative Record
(20181900)
Distributed November 8, 2019

5 of 141

Private
Distribution Not Permitted - See Policy 6.4

## Policy 6.4 - Resolution of Reports Against Students Forms: *Investigation – Transcript Review Form*

**Name[1] of the Individual Completing Form:** Complainant, ▇▇▇▇
**Interview Date:** 3/27/19
**Date Transcript Review Form is Submitted:** 4/15/19

*Interviewees may review the transcript of their investigative interview. Interviewees are not required to provide the investigator with comments or corrections based on their review of their investigative interview. If an interviewee would like to provide comments or corrections upon review of the transcript of their investigative interview, the interviewee must complete this form.*

*The completed form will be included in the investigative record.*

*The completed form should be submitted to the Lead Investigator electronically.*

| Page | Original Text in Transcript | Comment or Correction |
|---|---|---|
| 1 | "a conference we were holding at the Hotel School called HEC." | HEC stands for Hotel Ezra Cornell, an annual student-run conference held at the hotel school. |
| 1 | "Giuseppe's kind of touchy" | The Respondent has a reputation among women at the Hotel School for being "touchy." Before the incident on March 15, I remember that he touched my forearm at school at least 5 times. |
| 1 | "he wants to say;by" | "he wants to say bye" |
| 1 | "Before all this, Giuseppe commented on my looks a lot" | Before the incident on March 15, I can remember the Respondent telling me that I was "beautiful inside and out" at least 10 times. |
| 2 | "His name's like ... I don't remember his last name, to be honest." | Pezzotti |
| 3 | "it's called Friday Dinner, and so [inaudible 00:08:07] Friday Dinner at HEC" | "yeah," |
| 4 | "Chef Christian Latimer, and I think Tony Vesco" | I remembered that a local alumnus of the hotel school, Richy Petrina, was also there. |

---

[1] Parties may use their initials or indicate "Complainant" or "Respondent."

Final Investigative Record
(20181900)
Distributed November 8, 2019

6 of 141

Private
Distribution Not Permitted - See Policy 6.4