# EXHIBIT "E"



Office of the Title IX Coordinator
150 Day Hall
Ithaca, NY 14853
t. 607.255.2242
e. titleix@cornell.edu
www.titleix.cornell.edu

## FORMAL COMPLAINT OF A POLICY 6.4 VIOLATION

*Lead Title IX Investigator Lauren Branchini prepared this Formal Complaint for the purpose of providing notice of the following alleged Prohibited Conduct and its date, time, and location, to the extent known: Sexual Assault (Sexual Abuse and/or Sexual Battery) (Procedures for Resolution of Reports Against Faculty Under Cornell University Policy 6.4, Section I. F.). The University may hold Respondent accountable for violations of the Code of Conduct or Policy 6.4 that are not referenced in the Formal Complaint but are learned about from evidence, testimony, or admissions during the investigation and adjudication process.*

1. ▓▓▓▓▓ ("Complainant") is an undergraduate student at Cornell University.

2. The Complainant is signing this statement because they believe Giuseppe Pezzotti ("Respondent"), a faculty member at Cornell University, violated Cornell University Policy 6.4 at approximately 10:30 p.m. on March 15, 2019 at the Statler Hall, located at 130 Statler Drive, Ithaca, New York 14853. Complainant provided an oral statement to the Lead Title IX Investigator assigned to this matter on March 27, 2019, and an online incident report was submitted on Complainant's behalf on March 16, 2019.

3. Alleged Misconduct:

Respondent violated Cornell University's Policy 6.4 prohibition against Sexual Assault (Sexual Abuse and/or Sexual Battery). Specifically, it is alleged that the Respondent touched Complainant's arm, Complainant's waist under clothes, and grabbed Complainant's buttocks without Complainant's consent.

Complainant Name: ▓▓▓▓▓    Signature: ▓▓▓▓▓    Date: 4/15/19

I wish to proceed with a formal investigation under Cornell University Policy 6.4:

Complainant Name: ▓▓▓▓▓    Signature: ▓▓▓▓▓    Date: 4/15/19

Upon proceeding with the Formal Complaint, I wish to consider an Alternate Resolution:

Notice of Formal Complaint
(20181900)
Distributed April 23, 2019

3 of 17

Private
Distribution Not Permitted - See Policy 6.4