# EXHIBIT "G"

Interviewer:        Good morning Giuseppe.

Interviewee:        Oh, good morning! Hi, good morning.

Co-Investigator:    Jery Stedinger.

Interviewee:        Oh, nice to meet you.

Co-Investigator:    I'm the faculty employee investigator.

Interviewee:        Oh, okay.

Interviewer:        I'm going to close this if that's okay with you.

Interviewee:        Oh yeah, that's fine.

Interviewer:        And is it okay if I sit here?

Co-Investigator:    [inaudible 00:00:15] go over the procedures they have?

Interviewee:        Yeah, I should have an idea in that, yeah.

Interviewer:        Yeah, so I'll repeat the procedures. I know we spoke about them when we first
                    met but as you know, we're in the process of conducting an investigation based
                    on the allegations made in the formal complaint. Up until this point, Jery and I
                    have spoken to a couple of folks about the allegations that are being made by
                    ▓▓▓▓ Jery's role is to act as a co-investigator and to assist me in conducting the
                    investigation.

Interviewee:        Yes.

Interviewer:        Any other questions that you have about the procedure that we can answer?

Interviewee:        You know, the one thing is that there was another person there and I have
                    information. Sophia Lin Kanno. I introduced ▓▓▓▓▓▓▓ to her. And there is a
                    video going to send you because it was a sort of cocktail party. A lot of people
                    were around so I know I would have never touched her back. With all the
                    people around, I think that... maybe when I said goodbye to leave, maybe I
                    could have touched the back a bit to say "hi". I said I could go to them but I
                    know that I didn't touch the lower part of the human bits. And I think the video
                    doesn't show this stuff but it's a major cocktail party going on. There's other
                    things going on with it. If you want, I can even show the room where it
                    happened.

| | |
|---|---|
| Interviewer: | I am familiar with the room. |
| Interviewee: | The room down in the entrance of the hotel school near the library. |
| Co-Investigator: | Was it the terrace downstairs? |
| Interviewee: | Not the terrace. As you enter on the library side, see the words HEC Weekend and I was going around for a different function because I'm sort of an advisor for HEC. So that's what, you know... |
| Interviewer: | So we're going to want to talk to you more about your perspective and what occurred. |
| Interviewee: | Yeah. |
| Interviewer: | After we're done speaking to all of the folks that we've identified, and we've already identified Mrs. Kanno as somebody that we want to speak to, and we already have a meeting scheduled to talk to her. |
| Interviewee: | Good, and what I did because I also gave the information to the lady, Miss Gabrielle Counter. I gave all of the information about it. |
| Interviewer: | Okay, so Gabrielle is your JCC. |
| Interviewee: | Yeah. |
| Interviewer: | So she's your advisor. So I didn't know you have an advisor so when we are scheduling appointments with you do we want or do you want us to include Gabrielle? |
| Interviewee: | Well I think that would be appropriate, you know. Yes. |
| Interviewer: | So you can feel free to include her as well. So if you're coming in to meet with us, you should also be including your advisor. |
| Interviewee: | Yeah, because that would make sense. |
| Co-Investigator: | Do we include her in the identification of the time or do we leave that to him? |
| Interviewer: | Well, that's really on you so it's not our job to arrange for your advisor, the person here who's advocating for you to be here. So when we reach out to you to schedule an appointment, if you'd like to bring Gabrielle with you, you must reach out to Gabrielle and ask her to come. |
| Interviewee: | Well, one thing that happened is that she is leaving. She is going to New York. She is going to go work in the city. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

24 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Co-Investigator: | When? |
| Interviewee: | In the end of the semester. I don't know when she is leaving, that would be later. |
| Interviewer: | So you can either ask her to participate via Zoom if she's able to do that or you can identify a different advisor. |
| Interviewee: | Yeah, right, right. She gave me the name of also a lawyer but it's from New York, you know. |
| Interviewer: | Well, there's lawyers in this area as well and in that information that I gave you... and if I could just grab this from you, there's information from the New York State Bar Association right here. So if you were to call the New York State Bar Association they can refer you to a lawyer in the area if you'd like one. |
| Interviewee: | I got it, yeah. |
| Interviewer: | Okay? |
| Co-Investigator: | But he could also get an additional advisor if he wanted, right? |
| Interviewer: | I think most of the judicial coach counselors will be away for the summer. |
| Co-Investigator: | Oh, 'cause they're students? |
| Interviewer: | Yeah, that's why. |
| Interviewee: | But she was very nice. Meeting her was nice. |
| Interviewer: | Well, you can still work with her, she just might not be able to participate in meetings if she's working. |
| Interviewee: | She's working in the city. |
| Interviewer: | But you can ask her so that will be up to you. Okay? |
| Interviewee: | Yeah. |
| Interviewer: | So you're going to send us a video, you gave us the name of Sophia. |
| Interviewee: | Yeah, I think she was there. There were three people there. |
| Interviewer: | Who were the other two? |
| Interviewee: | Myself, ████████ and Mrs. Sophia. And also the room was full of people so you know... I'm sort of... |

Final Investigative Record
(20181900)
Distributed November 8, 2019

25 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Co-Investigator: | Does it show up on the video well? |
| Interviewee: | No, it doesn't. It just shows the crowd from party to the party they were going to. There's only a 7-8 minute video to demonstrate there are a lot of people around. |
| Interviewer: | Have you watched the video? |
| Interviewee: | Yeah, I looked it over and I was going to send it to you. |
| Interviewer: | How did you get it? |
| Interviewee: | From HSE, because they took the video. HSE will tell us or Cornell whatever years the student put together function for alumni to come back for the weekend and they have a video. They do a video. They've done it for the previous HSE events. Short segment of different functions, students, the foods, and things like that, and uh the guest intermingling and that's the way it works. |
| Interviewer: | Who takes the video? |
| Interviewee: | The people from HSE. But they only have the segment there. |
| Interviewer: | So you've seen a segment of it? |
| Interviewee: | Yeah, but I don't think they've taken a huge video. I don't think it's done for hours. That's my guess. |
| Interviewer: | Well, we can find out. So we'll look into that. And we'll see if what you saw may have been the edited version of what they took. |
| Interviewee: | And yeah, it could be. |
| Interviewer: | So we'll try and get all of it. |
| Interviewee: | Yeah, that would be good. |
| Interviewer: | Okay, all right. Is there anybody else that you think we should speak to? |
| Interviewee: | No, that's really the only people that I remember. There were hundreds people there. Everybody's floating around, talking. You know I was going from function to function, you know. I really was trying to introduce her to... |
| Interviewer: | Let's save this for when we interview you, okay? Let's talk about that more in detail when we interview you. |
| Interviewee: | Yeah. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

26 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | And that will probably be not next week, but the week after. |
| Interviewee: | Yeah, that should be fine. |
| Interviewer: | So, the week of Memorial Day, right? |
| Co-Investigator: | The week after Memorial Day, yeah. |
| Interviewee: | After graduation? |
| Interviewer: | Yeah, so the week of the 28th. So there's your calendar right there. So we'll probably seek to interview either the 29th or 30th, if you're available either of those days. |
| Interviewee: | Yeah, I think I should be available. |
| Co-Investigator: | Do you stay around? |
| Interviewee: | Yeah, should be fine. |
| Co-Investigator: | Sorry I'm part of the problem because I've got a conference in Pittsburgh next week. |
| Interviewee: | You have to leave, yeah. |
| Interviewer: | And actually I'll be out for most of next week, as well, so both of us will be out. |
| Interviewee: | [crosstalk 00:07:24]. So, I mean, in a couple of weeks, we'll be fine. |
| Interviewer: | And then, Giuseppe, after we interview you, we're likely to be done with our investigation and then shortly thereafter, we'll be writing a report and sending recommendations to the Dean. |
| Interviewee: | Yeah, and you know, I'm willing to apologize for anything. I feel bad, that's all. It never happened to me, the 35 years that I teach at Cornell. |
| Co-Investigator: | Only 35, huh? |
| Interviewee: | Yeah, too much. But, that's the point. That's the only thing that comes to mind. And I don't know what else to say. I'm just really thinking that there's nothing else. Because it really was, must have been three minutes... four minutes. And I'm just... |
| Interviewer: | We'll talk more next week, or in two weeks, okay? |
| Interviewee: | Yeah, I know. I'm just very, you know. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

27 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | So I want to remind you, I know that it's obviously been a stress-inducing process for you. |
| Interviewee: | Oh yeah, for everybody. I'm sure for the young lady too. |
| Interviewer: | So, I want to remind you for you, there's resources here on campus, folks that you can speak to confidentially about this experience. And those are the folks at the NFSAP. They're counselors. If you want to just check-in, anything you say to them is completely confidential. And so the FSAP contact information is right here. I'm going to circle it for you, okay? And they provide counseling and support for members of our faculty and staff, all right? |
| Interviewee: | I might touch base with them. |
| Interviewer: | Completely up to you. |
| Interviewee: | Any other advice you can give to me? |
| Interviewer: | We're not allowed to give you advice. We can only answer questions. |
| Interviewee: | Anything that, you know. So, the point is I gave you her information and the video, I can send you that. |
| Interviewer: | We'll talk to her. |
| Co-Investigator: | Thank you very much for that. |
| Interviewee: | Yeah, because they send me the video from the previous year and this year. HCE... last year and this year. 2018 and 2019. |
| Interviewer: | You can send us what you have and then I'll also make sure that there isn't more and I'll try to get that, as well. |
| Interviewee: | There's more sec- yeah. |
| Interviewer: | There might be more footage and we'll try to get all of it. |
| Interviewee: | You never know. And by the way, the room is down the opposite to the library. Really close to the area where they have the mailboxes. It must have been around 7 o'clock. They were doing a cocktail with a dinner thing in the other libraries. This side, there was food too. A lot of things going on. Very, mixing up together. |
| Interviewer: | Okay, all right. Do you have any other questions for us about process or procedure. |
| Interviewee: | No, no. I think you have to do your job and I'm here just to, you know. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

28 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Co-Investigator: | Are all of the materials clear that they gave you? |
| Interviewee: | Yeah, it's clear. It's very clear. Everything is fine. Everything's appropriate so I feel it is fine. |
| Interviewer: | Okay. We will reach out to you probably mid-week next week. |
| Interviewee: | In a couple of weeks or something? |
| Interviewer: | We'll reach out to you mid-week or Melanie from my office will reach out to you mid-week next week to schedule time for you to meet with us probably the 29th or 30th. |
| Interviewee: | It would be the... |
| Interviewer: | The two of us, yes. |
| Interviewee: | Nobody else? No other person? |
| Interviewer: | Nope, and you can bring your advisor if you'd like. She might still be here then. |
| Interviewee: | If Gabrielle would be there, yeah. I know she seemed very nice and very professional. |
| Co-Investigator: | I would think if Gabrielle is leaving that week, we could meet earlier rather than later to accommodate that. |
| Interviewer: | We'll find out. |
| Interviewee: | Yeah, should I contact Gabrielle or will she get in touch? |
| Interviewer: | We'll include her on our email to you and then she'll know that we're trying to meet with you and she'll probably reach out to you and let you know if she's available. |
| Interviewee: | Okay. |
| Interviewer: | But if she's not, you can bring someone else, if you'd like. You can get an attorney or... |
| Interviewee: | At the moment, I'm not even thinking about it... Finals papers and everything. |
| Interviewer: | The other thing is, if you want to wait until finals are over so that you can really focus on this we can wait. |
| Interviewee: | Ideally, it would be around the beginning of June would be better. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

29 of 141

Private
Distribution Not Permitted - See Policy 6.4

Interviewer:            Would you prefer to interview then?

Interviewee:            Yeah, because between papers, finals, grading...

Co-Investigator:        When is all that over?

Interviewee:            And then graduation...

Co-Investigator:        The 28th is after graduation.

Interviewee:            Yeah, 28th is after graduation.

Co-Investigator:        So I would think everything should be done by then.

Interviewee:            Yeah, it should be done. And the other thing is I might have to go to New York sometime in June so I'm not sure.

Interviewer:            Well, if you want, graduation and all that stuff wraps up around the 28th. If you want the rest of that week to try to find an attorney or an advisor if Gabrielle can't serve, then we could interview the first week of June.

Interviewee:            That would be good, yeah.

Interviewer:            Would you prefer that?

Interviewee:            Yeah. Should I talk to Gabrielle first.

Interviewer:            You should talk to Gabrielle.

Interviewee:            And ask her her schedule and what she plans to do, you know?

Interviewer:            Yeah, we'll reach out and find out her schedule as well. Okay, so we'll be in touch mid-week next week and we'll give you a couple of dates and you can choose. We'll give you a couple dates at the end of May and a couple dates at the beginning of June and you can choose which of those dates you want to come in and speak with us.

Interviewee:            And you'll be here also, right?

Co-Investigator:        I'm just gone next week but then I'll be here after that.

Interviewee:            I want to be sure everybody is here, including you.

Interviewer:            Yup.

Interviewee:            Okay.

Interviewer:          Okay, thank you Giuseppe.

Interviewee:          Thank you.

Co-Investigator:      Thanks for the information.

Interviewer:          Have a good day.

Co-Investigator:      Thank you.

Interviewer:          Good luck with the rest of the term.

Private - Distribution Not Permitted

Final Investigative Record
(20181900)
Distributed November 8, 2019

31 of 141

Private
Distribution Not Permitted - See Policy 6.4

## Policy 6.4 - Resolution of Reports Against Students Forms:
### *Investigation – Transcript Review Form*

**Name[1] of the Individual Completing Form: Giuseppe Pezzotti**
**Interview Date: May 14, 2019**
**Date Transcript Review Form is Submitted: June 12, 2019**

*Interviewees may review the transcript of their investigative interview. Interviewees are not required to provide the investigator with comments or corrections based on their review of their investigative interview. **If an interviewee would like to provide comments or corrections upon review of the transcript of their investigative interview, the interviewee must complete this form.***

*The completed form will be included in the investigative record.*

*The completed form should be submitted to the Lead Investigator electronically.*

| Page | Original Text in Transcript | Comment or Correction |
|---|---|---|
| 5 | Yeah, and you know, I'm willing to apologize for anything. I feel bad, that's all. It never happened to me, the 35 years that I teach at Cornell. | I am willing to apologize to the complainant for how she is feeling about this situation, but I want to clarify that I did not mean I would apologize for something that I did not do. This comment was not meant to mean that I believe I am sorry for everything that she alleges in the complaint. I also want to clarify what I meant by my comment about how long I've taught at Cornell. In my 35 years of teaching, no one has made any allegations such as these. |
| 6 | You never know. And by the way, the room is down the opposite to the library. Really close to the area where they have the mailboxes. It must have been around 7 o'clock. They were doing a cocktail with a dinner thing in the other libraries. This side, there was food too. A lot of things going on. Very, mixing up together. | When I said "very, mixing up together." I meant to say that there might be some confusion and a misunderstanding between me and the complainant because there was so much going on at the event. |

[1] Parties may use their initials or indicate "Complainant" or "Respondent."

Final Investigative Record
(20181900)
Distributed November 8, 2019

32 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Final Investigative Record
(20181900)
Distributed November 8, 2019

Private
Distribution Not Permitted - See Policy 6.4