# EXHIBIT "H"

| Interviewer: | I'm going to start the recording and then we'll explain who we are and what our roles are and all of that for you. |
| --- | --- |
| Interviewer: | Gabrielle, can you hear us? |
| Advisor: | Yeah. I just wanted to clarify though, I don't have the video on. I just have the audio. |
| Interviewer: | Okay. So it doesn't matter if you can see us. |
| Advisor: | Right, yeah. That shouldn't matter. |
| Interviewer: | Giuseppe, I'm sorry to lean over you. I'm just going to raise the volume a little bit. |
| Interviewee: | Okay. |
| J. Stedinger: | That's what you wanted, no video? |
| Advisor: | Unfortunately, I couldn't hook up my personal laptop to my work wifi, so I can't. |
| Interviewer: | Let me start with the recording. So Giuseppe, like I explained to you when we first met, whenever we meet with someone we do record the conversation. This allows us to actively listen. We don't have to take a bunch of notes. And it also allows us to accurately document our conversation today because what I hope you'll share with us today is really important to us and we want to make sure that we get it right, so we record. |
| Interviewer: | I know we've met before, but just as a reminder, I'm Chantelle Cleary. I'm the university Title IX coordinator. I'm also the director of Institutional Equity here at Cornell. |
| Interviewer: | I oversee the Office of Institutional Equity and Title IX. Our job is to, among other things, investigate complaints made pursuant to University Policy 6.4 of any form of discrimination based on a protected class, and that includes sexual harassment. |
| Interviewer: | As you know, a formal complaint has been filed against you alleging sexual assault and sexual harassment. Sexual assault is a form of sexual harassment, okay? |
| Interviewer: | I'll let the other folks introduce themselves. |
| J. Stedinger: | Can I offer to shake hands? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

34 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| J. Stedinger: | I'm Jery Stedinger. I'm a faculty member in Civil and Environmental Engineering. |
| Interviewee: | Nice to meet you. |
| J. Stedinger: | My area is Flood Frequency Analysis, Water Resources Management, and as I assume you know, the Dean of the Faculty appoints some faculty member to be a co-investigator and I'm serving in that role. |
| Interviewee: | Yeah. I totally understand. |
| Interviewer: | Okay. For the purposes of whenever a complaint is filed against a member of the faculty under the prior procedures, it requires that we have a faculty co-investigator to assist us. So that's Jerry's role and then I'll let Vanessa introduce herself. |
| V. Bentley: | I'm Vanessa Bentley. I'm an investigator in the Title IX Office and Institutional Equity. Sometimes we just have two investigators in our office working together which is typical. |
| Interviewer: | Okay. The complaint alleges a violation of sexual assault, but when we're conducting an investigation as to sexual assault we're also conducting an investigation into whether or not there's been any form of sexual harassment, which is another violation under University Policy 6.4. |
| Interviewer: | I'm just going to start by defining both of those policy violations for you. In this case, it is alleged that on, and you've received a copy of the formal complaint, but that on March 15th of 2019, while at Statler Hall, on or about 10:30 p.m., you touched student ███████ arm, her waist underneath her clothes, and you grabbed her buttocks without her consent. |
| Interviewer: | I want to share with you a little bit about the information we've received and then I want to give you an opportunity to respond to that information. |
| Interviewer: | ███ has indicated that when she was at this event at the Statler Hall on March 15th of 2019, she was working in the event. There was a party, so a number of folks there and that at some point you had, in kind of inviting her in to join a conversation, you had put your hand, as is alleged in the formal complaint, on her arm, that you touched her waist underneath her clothes, and again, that you grabbed her buttocks. She's indicating that that all happened without her consent. |
| Interviewer: | Today's your opportunity to respond to the allegations that ███ is making. Okay? I want to just open it up and let you respond in whatever way you'd like and get your perspective on what's being alleged. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

35 of 141

Private
Distribution Not Permitted - See Policy 6.4

Interviewee:    Okay. I'm thinking back and there was a function was going on. It was the library on one side and the other side was the lounge. There was a bar. They were serving cocktail and there were a lot of people.

Interviewee:    I was there and I introduced ▓▓▓▓▓ to Ms. Sophia Lee Kanno. Kanno was a former student of mine and just to introduce because maybe it help her out with jobs and things like that, but I'm positive that I did not touch the lower part of her body.

Interviewer:    Okay.

Interviewee:    I don't want to even use the word buttocks. Okay? For sure, I know that.

Interviewer:    Okay. Help me understand how you know for sure.

Interviewee:    Because I couldn't have done it. That's what I feel it for sure. There were so many people around. It was full of people. If you have the chance to talk to Ms. Kanno, because Sophia was there. So, she was there. I was here. I think she was there, ▓▓▓▓▓ and Ms. Kanno was there. There were people all over. If you want, I can even take you there in the room where the allegation is sort of.

Interviewer:    Okay. So you had requested, or you had suggested, we get some photographs. So we've seen the space [crosstalk 00:06:06]

Interviewee:    Yeah, and the space and there's not much to see, but that was the area, and I sent you the video. I got the video from the people.

Interviewer:    Okay. One thing I want to remind you of is that any point if you want us to step out so you can speak privately with Gabrielle, that's perfectly fine. Just let us know. Okay?

Interviewee:    Yeah.

Interviewer:    So Giuseppe, let's go back a little bit. Help me understand how you know ▓▓▓

Interviewee:    ▓▓▓ I saw her a few times because she'd never been in my classes. She would always smile and say hi. That's the only thing I got to know. That was really was the first encounter that I have, formal encounter with her.

Interviewee:    I never even had a conversation with her before. So I never had a conversation with her.

Interviewer:    Okay. Help me understand, to the best of your recollection, how you noticed ▓▓▓ that night. When you first noticed ▓▓▓ that night.

Final Investigative Record
(20181900)
Distributed November 8, 2019

36 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | I think there was a lot of things going on. Just as walking by there was going from to different functions. Just happened that I bump into her. That's really what happens. |
| Interviewer: | Okay. Do you remember who initiated the conversation? |
| Interviewee: | I don't remember that. I do not know or remember who started the conversation. That's how we [inaudible 00:07:31]. I don't remember. I don't know if she was the first one to say hi to me or I say hi to her. I don't recall. |
| Interviewer: | Okay. Do you recall greeting each other? |
| Interviewee: | Just to say hi, maybe something like that. That's the only thing that I would have said. That's the only thing. |
| Interviewee: | There was so many things going on that evening that, there are a hundred people. I knew almost all of the people so I was talking, going from one place to another, so it's just I don't remember, I don't recall anything. That's, really after, Sophia, Ms. Kanno was there, and that's what I really remember. |
| Interviewer: | Okay. You remember kind of saying hello to each other? Is that right? |
| Interviewee: | It could have been hi or something like that, but I really can not say yes. |
| Interviewer: | Can you help us understand how it was that ▮▮▮came to join the conversation with you and Sophia? |
| Interviewee: | I really don't remember, because there were so many things going on. I talked to so many people that night. Must have been 40-50 people. Most of them were former students of mine and people from the industry, so I was going from one group of people to another one. So that's how. I'm just in shock. |
| Interviewee: | As I said before, I'm just at a loss. |
| Interviewer: | Well, we hope by our questions maybe we can help you remember certain things, so just bear with us as we ask a lot of questions. |
| Interviewee: | Yeah, oh yeah no, I think that's you doing your duties, so I totally understand that side. I wouldn't even question that. |
| Interviewer: | Okay, so what I'm hearing you say is that you don't recall how she joined the conversation with you and Sophia, but do you remember anything about the conversation? |
| Interviewee: | Most likely it was about - |

Final Investigative Record
(20181900)
Distributed November 8, 2019

37 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Giuseppe, I don't want you to guess, so when you say most likely - [crosstalk 00:09:43] |
| Interviewee: | No, okay. I do not remember. So, I was thinking, because I know that Miss Kanno, she was working in Chicago. Maybe we were, so I do not remember. |
| Interviewee: | If I have to say clearly, I do not remember any segment, any facet of the conversation. It was only a couple of minutes, no more than that. 1 or 2, 3 minutes. While we were talking, I was looking towards the bar there. They were serving drinks. Also trying to keep an eye on people drinking too much, being inebriated, things like that. |
| Interviewer: | Okay. I want to make sure I clearly understand. Is it that you don't remember the exact words you engaged in or do you not remember anything about the conversation? |
| Interviewee: | If I would say I remember anything clear, I would be lying to you. It's something nebulous, so that's the only thing I can, because you know sometimes, I don't know if its happened to the three of you that you've been in conversations that are shallow. |
| Interviewee: | You go from one to another one, another person will come see what we were talking about, you forget, so that's what it's really that. |
| Interviewee: | One thing I think is that Sophia Kanno was talking about a job and what she was doing, trying to explain it to ▮▮▮▮▮, you know that work she was doing. The maybe is a word I should say this no more. Talking about her career, ▮▮▮ she had reached the point that is the younger student is trying to learn, try to emulate in their life. So that's really it. That's the essence of it. |
| Interviewer: | Just to be clear, do you recall that being the essence of the conversation or are you guessing right now? I just want to make sure. If you don't remember, that's okay. |
| Interviewee: | Really to be fair, not 100%. |
| Interviewer: | Okay, but is that your best recollection? |
| Interviewee: | My best recollection, that was trying to career and when you meet a person that comes and works in the business she was trying to talk about what she was doing and that's what really. I'm sorry that this is just something that is very non unanimous. |
| J. Stedinger: | How many of those conversations did you have that night? |
| Interviewee: | So many, because if you look at the room, there were more than 100, there were two rooms. They were serving food and drinks and there were students |

Final Investigative Record
(20181900)
Distributed November 8, 2019

38 of 141

Private
Distribution Not Permitted - See Policy 6.4

that introduce me to their parents that were there. There were former students of mine. There were other faculty members.

Interviewee:    I feel overwhelmed about the situation and I feel that, I don't know. I feel at a loss, because, you know.

Interviewer:    Can I ask you, do you remember introducing ███ and Sophia or do you recall them introducing themselves to each other?

Interviewee:    Vaguely. Most likely, I introduced because I knew Sophia. That's what I'm trying to go through the introduction process. Most likely they didn't know each other.

Interviewee:    Also, something that maybe comes clear to my mind is that we talked because they're both of ███ background, so I was thinking maybe she could be a role model. I was trying to think maybe even philosophically, if you want to say.

Interviewee:    That's because Sophia works in Chicago at the moment. Sophia Lee Kanno. She graduated maybe 10-15 years ago.

Interviewee:    See that's what really I recall and I remember, but having regret.

Interviewer:    Giuseppe, can you remember if there was any physical contact between you and ███ that night?

Interviewee:    I could have touched her in the back. Upper parts in her back maybe when I was leaving to say hi.

Interviewer:    Tell me more about that.

Interviewee:    On the back, you know when, I cannot show it to you, but -

J. Stedinger:    You want to touch me?

Interviewer:    No, we got it. [crosstalk 00:14:49]

Interviewee:    You know what I'm saying, maybe have a nice evening. There was Ms. Kanno and ███ and I say hi and I left.

Interviewer:    So, what part of their back? How would you describe that part of the back that you're gesturing to?

Interviewee:    I really didn't, it wasn't the lower part.

Interviewer:    Okay, so you're kind of tapping yourself on your shoulders. [crosstalk 00:15:15]

Interviewee:    On the shoulder, maybe. I'm trying to think maybe the arm. I don't know.

| Interviewer: | You're gesturing to your arm. |
|---|---|
| Interviewee: | Yeah, something like that. But, just with the amount of people that were there, the gesture of grabbing someone, I don't know. |
| Interviewee: | I'm just at a total loss, that's all. I don't know, I feel bad as a human being. |
| Interviewer: | Tell me why you feel bad. |
| Interviewee: | I feel bad because something like that happened. Another human being took something that maybe was inocuous and took it so, to grab the lower part of the body, that's no way. |
| Interviewee: | That's what is sort of very puzzling to me. I don't know. |
| Interviewer: | I'm sure you've thought a lot about this. Have you thought about any reason why ▮▮▮ might be saying this if it didn't happen? |
| Interviewee: | I do not know what she's saying. One thing I notice about ▮▮▮ that I really never did, but she always smile and try to catch attention. |
| Interviewer: | Tell me more about that. |
| Interviewee: | Eyes and smiling and saying hi, so that's the only thing that I remember. She seemed very happy, very bubbly. That's the only thing that I notice about her. |
| Interviewer: | Do you remember how the conversation ended between you, ▮▮▮ and Sophia? |
| Interviewee: | We have a see you later on. I really don't remember because those parties, I don't know if it ever happened, but there are so many people. |
| Interviewee: | You're talking to someone and other person comes up and all of a sudden you forget the conversation, never catch up with the other person. That's the way I remember it. That's the way I remember it and I can not. |
| Interviewer: | Who broke away from the conversation first, if you remember? |
| Interviewee: | I don't remember. I do not remember. |
| Interviewer: | Do you remember who you spoke to next? |
| Interviewee: | No. Because I was floating around, I might have gone upstairs because there was something going on. |
| Interviewee: | There were functions going on all over. If you know the Hotel School, there is a library, there is a big hall, and there was the lounge, so there were people eating |

Final Investigative Record
(20181900)
Distributed November 8, 2019

40 of 141

Private
Distribution Not Permitted - See Policy 6.4

on one side, there was student walking around, there were dirty dishes, you know all of those things.

Interviewer: There's more I want to talk about, but before we go there, like I indicated, ▉▉▉ has alleged very clearly that her experience that night involved you putting your hands on the places that I've described and I'm hearing you say that there's no way that that happened. Help us understand an explanation for the completely different perspectives, if you have one.

Interviewee: Yeah, I don't have it. I do not have it. I do not have an explanation. Really what I feel is that I feel so at a loss, because I don't have an answer.

Interviewer: Well, let me ask you this. You mentioned during the night you were focused, at least at some part, when you were talking to ▉▉▉ and Sophia at the bar. Help us understand a little bit about that focus.

Interviewee: Yeah, because I was keeping an eye on the students because I think we were in an area, in fact I could show the place, and the bar was down there.

Interviewee: I was keeping an eye on the students that were pouring drinks, just to see if they were pouring too much, just with the eyes. In a way I was there, but I was looking around the room.

J. Stedinger: I'm not understanding this, could you elaborate on that?

Interviewee: Yeah, because, see there were about 100 people there. I was keeping an eye on all the people maybe that I knew, that knew me, some people that would say wait.

Interviewee: There were so many things going on that I really can not pinpoint. I can not concentrate exactly what and I cannot say there must have been around 80-100 people and there was a bar at the end there and the students were serving drinks to the guests, to industry leaders, the alumni, their spouses.

Interviewer: Why were you focused on how much the students were serving?

Interviewee: Because I'm sort of an advisor, so I want to keep an eye so that people don't get inebriated or drink too much. That's why, because that's for their ace management standpoint.

Interviewee: Even though maybe people were staying in the hotel, if one person would go out and get into a car accident, there is a liquor license that covers the school and the hotel.

Interviewer: Were you working that night?

Final Investigative Record
(20181900)
Distributed November 8, 2019

41 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | No, I was an advisor. I wasn't working, but as an advisor I was walking around. I was an advisor for the class. |
| J. Stedinger: | I don't understand what you mean by the word. Were you working that night? |
| Interviewer: | Were you expected to be doing what you were doing? So, was there an expectation by the university? |
| Interviewee: | No, there are other advisors. My only self because I was sort of advising people from the servicing point to keep an eye on the people drinking. I was keeping eyes, I was walking around, and other things like that. I was looking and saying hi to people. |
| Interviewee: | You can know that because there are students working so that you do not know what can happen. For many years I taught classes where the students are running restaurants. So, I've always been very concerned about people drinking too much because in the end, I always think back to what I learn at the law class. Is the law of travels damages. If a person start drinking in one place and after they go to another and another one and they kill a person, they can sue everybody. They can sue the owner and Cornell University. I'm trying to keep an eye because when I teach the classes, that's what I always say. |
| Interviewee: | I taught for many years the restaurant management class, so where the people own the restaurants. That's why I was sort of keeping an eye, so my mind was all over. |
| Interviewer: | Giuseppe, were you drinking that night? |
| Interviewee: | No. No. |
| Interviewer: | Are you sure? |
| Interviewee: | No. I'm sure, I never drink. You can ask anyone. I never drink. I never drink when I do that. People know that at hotel school. I never even sit down. |
| J. Stedinger: | What do you mean you don't sit down? |
| Interviewee: | When they sit down when they do banquets. When everybody sits down I never sit down and eat. |
| J. Stedinger: | You don't sit down and eat the meal? |
| Interviewee: | No, I sit and eat with the students before down at the cafeteria, but I don't drink. I do not drink. That's it. That's what I've done for more than 35 years. |
| Interviewer: | I'm just looking, if I could just have one second, Giuseppe. |

| J. Stedinger: | Thank you for your patience here. |
|---|---|
| Interviewee: | No, no, I think you're doing your job because I totally understand. A student made a complaint and we are here to take care of students and try here. |
| Interviewee: | I help a thousand students with jobs, careers, and stuff like that, so I feel so bad that ████████ I feel extremely bad. I feel bad that she's something like that. |
| Interviewer: | All right. Giuseppe, I guess my question for you is that you described being kind of distracted, looking around, not recalling much of what happened that night. |
| Interviewer: | Do you think it's a possibility that in the midst of going from person to person, being distracted, that your hand may have made contact with ████ in the way that she's described? |
| Interviewee: | I'm positive, grabbing her back. No. |
| Interviewer: | Okay. |
| Interviewee: | That's totally positive. I'm totally positive because you need to make a measured, concerted effort. |
| Interviewer: | So grabbing, right, is different from maybe touching, right? Is there a possibility that, let's start with the first part. She indicated that you touched her arm. I think you've already indicated that you did that. |
| Interviewee: | That may be, but I know that the lower part I - |
| Interviewer: | So what about her waist, so not her buttocks, but the area above. Is it possible you may have touched her there? And I don't want you to guess. |
| Interviewee: | I don't recall, because I wasn't in the mood of going out and leaving the conversation so I do not recall. |
| Interviewer: | Just to be clear, do you have any recollection of your hand making contact with her buttocks, either to squeeze or just coming in contact with it? |
| Interviewee: | No. I know that she puts down very strong term. When I read that I was so took. |
| Interviewer: | Let me ask you this, do you ever recall, you described ████ as being very bubbly and outgoing? I think the words you used were bubbly, I don't know if you used the word outgoing. |
| Interviewee: | Yeah. Smiley, very I don't know. |
| Interviewer: | Do you remember her being that way that particular night? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

43 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | I don't remember, because there were so many people that were bubbly and things like that so I can not pinpoint that she was. I can not pinpoint that, no. See, these were things that happened in a few minutes and I don't remember. |
| Interviewer: | I don't want to assume that you don't remember everything, even though you're saying that, so I'm going to ask the question anyway. Do you recall whether or not ▇▇ appeared upset at any point with your interaction with her? |
| Interviewee: | No. For sure I did not notice that. I did not notice. By the way, mostly I was looking at Ms. Sophia Kanno, because ▇▇ I think was here and Sophia was there with Ms. Kanno. |
| J. Stedinger: | So the conversation was with Ms. Kanno primarily. |
| Interviewee: | Yeah it was Ms. Kanno. Also, they were talking to each other too. |
| Interviewer: | Lastly, I just want and then we're going to take a quick break and then we'll step out and then we'll come back in and give you time to talk with Gabrielle before we end our conversation, to make sure that you've shared everything you want to share today and we want to make sure we don't have any other questions, but as we're talking, is there anything that is coming to mind that you'd like to share about why you think ▇▇ might be saying these things? |
| Interviewee: | No, I do not know. Something like that never happened. In my career at Cornell it never happened. |
| Interviewer: | When you say never happened, help me understand. |
| Interviewee: | It never that anyone brought up something about sexual harassment, things like that. No one ever. I never done anything to do things like that, so that's why I'm really thinking because to run into so many students and many alumni come up, they hug me, all those things. I never. No. I've never done something like that. |
| Interviewer: | How would you describe the way you interact physically with students and alumni and even your colleagues? |
| Interviewee: | I'm pretty warm as a person. |
| Interviewer: | Help me understand warm. |
| Interviewee: | Warm from the standpoint if they come, they give me hug, I return it. If they shake their hands and things like that, that's what you do. |
| Interviewer: | Would you say that you initiate that conduct too and if so, how often are you physically? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

44 of 141

Private
Distribution Not Permitted - See Policy 6.4

| Interviewee: | I do not initiate. It's sort of in the way it happens. It's reciprocal. It's not that I initiate something like that. |
| --- | --- |
| Interviewer: | Okay. All right, we're going to step out and give you some time with Gabrielle. I'm going to stop this recording, okay, so you'll start again. |
| Interviewer: | Giuseppe did you have enough time to speak with Gabrielle? |
| Interviewee: | Yeah, we had a nice chat. She was giving me the appropriate advice and feedback. |
| Interviewer: | She's very good. |
| Interviewee: | Yeah, she's very good. She's gonna be a great lawyer. |
| Interviewer: | I agree. Is there anything more after your conversation with Gabrielle that you wanted to share? |
| Interviewee: | No, because that's the thing that I'm thinking back is about really with the that I grabbed and stuff and that's not good. I didn't do that. |
| Interviewee: | As I was discussing with Gabrielle, maybe I could have unknowingly, things like that. Like the arm and things like that, but it wasn't done purposely. |
| Interviewer: | "Unknowingly her arm and things like that", help me understand. |
| Interviewee: | When you say hi and you're leaving, that's all. |
| Interviewer: | Do you think you could have unknowingly touched her? |
| Interviewee: | Maybe here. |
| J. Stedinger: | Shoulder blade. |
| Interviewee: | Yeah, shoulder blade. |
| J. Stedinger: | I'm just repeating. You pointed and touched your shoulder blade. The top of your shoulder. |
| Interviewee: | Yeah. |
| Interviewer: | Anything else? |
| Interviewee: | No. Just that, no. |
| Interviewer: | Vanessa has a couple of follow up questions. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

45 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Oh yes. |
| V. Bentley: | Giuseppe, I want to take you back to when you were talking with ▉▉ and Sophia. You were kind of in a triangle right? |
| Interviewee: | Mm-hmm |
| V. Bentley: | Are you able to recall how many other people were in close proximity to you three? |
| Interviewee: | No, there were people, maybe 4-5 feet there and all around they were spread. Groups with two, three, four, five. When you go to these functions, there are these spreads. There can be two people talking or 4-5 people, but they were all around. They were on that side, they were there, they were in the back behind us. They were all over. |
| V. Bentley: | Okay. Are you able to say approximately how far away other people were from you and ▉▉ and Sophia? |
| Interviewee: | A few feet. |
| V. Bentley: | A few feet? |
| Interviewee: | Yeah. Wouldn't be too far distance, you know, a few feet from me, something. |
| Interviewer: | So, you're kind of gesturing to us, like the same distance we are. |
| Interviewee: | Maybe a little more distance there, maybe there. |
| J. Stedinger: | There on the table, almost to the wall. |
| Interviewee: | Yeah. Something like that. |
| Interviewer: | Well, I guess, was there anyone within arm's length of you? You think about arm's length, if I put my arms out, I can't even touch you from where I am now, but maybe if I had another set of arms I'd be able to, right? |
| Interviewee: | Maybe there could have been someone to the side. I couldn't even see it, therefore I cannot say it. |
| Interviewer: | Okay, were people moving about the room while you, ▉▉ and Sophia were standing? |
| Interviewee: | Yeah, people were flowing around. They were rotating around. They were going, coming out from one room, going to another one, leaving. Some people might go to the bathroom, the way when you go to functions, the way things happen. That's how it was. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

46 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| V. Bentley: | Okay. |
| Interviewee: | Any other questions? |
| V. Bentley: | Yeah, just a couple. Thank you. |
| Interviewee: | Yeah. |
| V. Bentley: | Forgive me if I'm asking you to repeat an answer, but how long have you known ▓▓▓? |
| Interviewee: | I've seen her in hallways only this semester, this past semester. She never took a class of mine with me, in the hallways something like that. Really, I never had a formal conversation with her. I never had a conversation. |
| V. Bentley: | Help me understand formal conversation. |
| Interviewee: | To talk. I never talked to her. I just said hi maybe in the hallway, but never talked about that. Never. |
| V. Bentley: | Okay. Are you able to recall if you ever invited her to your office to talk? |
| Interviewee: | I don't recall that. I don't remember that. I do not remember that. |
| V. Bentley: | Okay. You had said that she was smiley and bubbly. |
| Interviewee: | She seemed very jovial. That person to smile and look. That's what she seemed to me. |
| V. Bentley: | Are you able to recall any time where you commented on her looks in passing in the hallway? |
| Interviewee: | No way. I never commented on her looks. No way. No I don't recall that. I do not recall that. |
| V. Bentley: | Giuseppe, do you know what your reputation is as a professor in the Hotel School? |
| Interviewee: | No, I do not know. I really try to treat everybody equally. That's the same thing I do with human beings. |
| V. Bentley: | Has anybody ever shared with you that they thought perhaps you were too physical with your interactions with students? |
| Interviewee: | No. |
| V. Bentley: | Okay. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

47 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | No one ever told me that. Never told me I was too physical no. No one ever told me. |
| V. Bentley: | Okay. |
| Interviewer: | If you have more questions that's fine, but I need a second okay? |
| V. Bentley: | Yeah. |
| Interviewee: | Yeah. |
| V. Bentley: | Giuseppe, do you recall ever, well I guess, on this date of the complaint, you spoke with Sophia. |
| Interviewee: | Sophia, Ms. Kanno, yeah. |
| V. Bentley: | Ms. Kanno, yeah. Are you able to recall if you ever commented on her looks that day? |
| Interviewee: | I do not remember. |
| V. Bentley: | You don't remember. Do you think there's a possibility? |
| Interviewee: | No, I don't remember. I do not remember that's the point, because I just don't remember if I commented on her looks. I do not remember. |
| V. Bentley: | Okay. |
| J. Stedinger: | Is the question more would you comment on her looks? |
| Interviewee: | Well, I'm thinking that sometime when a woman comments "Giuseppe, you look great". That's very shallow, it's nothing to do. |
| Interviewee: | You look great, you never age, things like that. You've got comments like that. As the french would call it en passant, as you pass by, you know but I do not know. |
| Interviewee: | No, I don't recall that I told Sophia, because last time I must have saw her was five, six, ten years ago. Because once they come back to this function, HEC, so they come along and come back and things like that. They come back with wife, with kids, and all those things. |
| Interviewee: | You can ask all the alums about me. You can really talk to anyone. You have the right to ask everybody. |
| J. Stedinger: | Sometimes they come back as adults. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

48 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Yeah, they someday come back. They leave they were very young and they come back. Since student, they come back now and they have grandchildren in my classes, so that makes you think I'm in Jurassic Park land. |
| V. Bentley: | Giuseppe, I'm just going to read to you ▓▓▓▓ description and I want to see if when you hear her words instead of our words if that brings any memories to you of your encounter. |
| Interviewee: | Okay. |
| V. Bentley: | So , she said, "It happened March 15th around 10:30 PM. It was a conference we were holding at Hotel School, called HEC. It took place in the library/lounge area, specifically in the lounge." Do you recall being in that area? |
| Interviewee: | Oh yeah, that's what I mentioned, the lounge. |
| V. Bentley: | Okay, and is that where you recall engaging with her? |
| Interviewee: | Yeah. I think. That I remember very well. |
| V. Bentley: | Okay. She then goes on to say "Around 10 PM, we started cleaning up the event. I walked into the lounge. I saw professor, or we just call him Giuseppe, talking with an alumni. I say hi and then I end up talking to the alum and he walks away to talk to other people. About 15 minutes later, he comes back. |
| V. Bentley: | Giuseppe's kind of touchy, so he first touches my forearm, then he progresses where he puts his arm around my waist, and then he touches the skin on my waist between the shirt and the top of my pants, which was underneath my suit jacket. Then he grabbed my left butt cheek. |
| V. Bentley: | That took place over a period of time around 10:30. I excused myself saying I need to help clean up again. When I'm trying to leave, he grabs my forearm, again, and asks what time I'm leaving the building tonight, because he wants to say bye before I leave. |
| V. Bentley: | At 10:34, I call my friend. Before all of this, Giuseppe commented on my looks a lot and he also kept asking me to visit him in his office just to talk. I don't have any classes with him. I'm not really interested in the field he teaches, so I thought he was just being kind and being Giuseppe." |
| Interviewee: | I really don't remember all the comments. I really do not remember. |
| V. Bentley: | Okay. |
| Interviewee: | I don't remember anything about the conversation. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

49 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| V. Bentley: | Do you, separate and apart from your interactions with her, the part where she says that you had asked her to visit you in your office just to talk, prior to this evening, do you remember doing that? |
| Interviewee: | I don't remember. |
| V. Bentley: | Okay. |
| Interviewee: | I do not remember. |
| V. Bentley: | Okay. |
| J. Stedinger: | Is that something you often do? |
| Interviewee: | If there are students in my class, taking my class, you can stop by and talk about a subject. We do that, but I really don't remember that. |
| Interviewer: | Okay. |
| Interviewee: | I do not remember it. |
| V. Bentley: | Okay. Anything about what I just shared bring up anything you'd like to say? |
| Interviewee: | No, I'm thinking, because even if there are so many things going on and everything happened so quickly and rapidly, that I do not think there is anything I want to share. |
| V. Bentley: | Okay. |
| Interviewee: | I do. |
| V. Bentley: | Sorry. I don't think that we have any more questions for you. |
| Interviewee: | Do you have any more questions? |
| Interviewer: | No, thank you. Giuseppe, do you want another moment to speak with Gabrielle? |
| Interviewee: | Maybe a few seconds. |
| Interviewer: | Okay, we'll step out. |
| J. Stedinger: | We're waiting for a final statement or something? |
| Interviewer: | We're going to let him speak with Gabrielle. |
| Interviewee: | Can I ask a question? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

50 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | You sure can ask a question. |
| Interviewee: | What is the process for what's happening next? The process. |
| Interviewer: | So I'd like to have that conversation when we're done talking about the facts, so why don't you check in with Gabrielle and make sure there's nothing else you want to add about the allegations and then we'll stop the recording, start a new one, and talk about next steps. |
| Interviewee: | Perfect. |
| Interviewer: | All right Giuseppe, did you get a chance to touch base with Gabrielle again? |
| Interviewee: | Yeah I touched base and one thing that I was explaining to you about my personality, okay, because I'm hospitable. One person I say hi to everybody. In the Hotel School there are some people walking around and I take them to different places and I tell them what to do. |
| Interviewee: | Giving an example, many years ago there was a review in the restaurant in United States, Canada, and Mexico. So New York, LA, Montreal, Mexico City, all over, and some time what I would do in the matter, because they would pay for a meal for me and they would pay for another person because if you go alone, they thought that you'd be a reviewer. |
| J. Stedinger: | You'd get spotted. |
| Interviewee: | Sometime I would call former students that were in different cities. I even got poor people on 42nd Street and I would go, they would put a jacket and take them to shave and take them with me for the meal and in front of some people they really got broke in Wall Street and things like that so there's is my personality. I'm a warm human being. That's maybe some people their perception can be, I don't know. |
| Interviewer: | Okay. |
| Interviewee: | I thought I would share something like that. Maybe ask other people in the Hotel School what they think about me. I think that would be better. |
| Interviewee: | I'm sorry. I'm very sorry that you're here and taking time. |
| Interviewer: | You don't have to apologize for that, again, this is our job. |
| Interviewee: | I know, but it's in the evening. |
| J. Stedinger: | I'll take the apology, it's not my job. |
| Interviewer: | It is, though. [crosstalk 00:45:58] |

Final Investigative Record
(20181900)
Distributed November 8, 2019

51 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| J. Stedinger: | I know. |
| Interviewer: | So, you don't have to apologize. |
| Interviewee: | If you have any other questions for me, and what is the next step? The next process. |
| Interviewer: | So the next step is - |
| J. Stedinger: | Do you want to turn off the recording? |
| Interviewer: | No, it's fine, because I'm confusing the processes, right, so if we were sharing the transcripts with ███, I would stop, but under this process and under the procedures for resolution or complaints against faculty, the prior procedures, because this complaint was filed in April of 2019, we're operating under the procedures that were effective in April of 2019. |
| Interviewee: | Mm-hmm |
| Interviewer: | On June 1st, those procedures changed and so faculty members accused of engaging in a violation of University Policy 6.4 after June 1st of 2019 are afforded their right to a hearing. This incident and the complaint was filed in April of 2019, so it's different. We're going to proceed under the former procedures, which have resolutions that occur differently. |
| Interviewer: | So the next step for us under the former procedures, which is again what we're proceeding under, require that Vanessa, Jery, and I write a report. That report will summarize the information that we've collected during the course of this investigation and it will include a recommendation as to whether or not the Dean should make a finding that you violated University Policy 6.4 or that you did not. |
| Interviewer: | So we'll say, based on the evidence and the standard of proof, we either recommend that you find Professor Pezzotti responsible for violating University Policy 6.4 or our recommendation will be based on the evidence collected and the standard of proof that we used in this process, our recommendation is that you find him not responsible for violation of University Policy 6.4. |
| Interviewer: | Under either finding, we may also make recommendations for sanction or remedy, right? If we are indicating that we believe the Dean should find you responsible for violation of Policy 6.4, we might then say "As a sanction of that finding of responsibility, we recommend that you do x, y, and z." That can go anywhere from just counseling you to terminating you. Okay? |
| Interviewer: | If we make a finding of not responsible, we may make recommendations for remedial action. Action intended to address, not a policy violation, but maybe some conduct that we believe you engaged in, but fall short of a policy violation |

or some conduct that we believe occurred based on our investigation that someone should address to help ensure that this isn't made again.

**Interviewer:** An example of that might be if the investigation suggests that perhaps that if we find that based on the evidence we say Giuseppe is not responsible for violating University Policy 6.4, but the evidence suggest very much so that Giuseppe is a little bit too physically interactive with students.

**Interviewee:** Yeah.

**Interviewer:** We might recommend to the dean that she have a conversation with you to remind you of the importance of not being physical with students. Does that make sense?

**Interviewee:** It makes sense.

**Interviewer:** Okay?

**Interviewee:** In the end, I'm accepting your decision and the decision of the people.

**Interviewer:** The Dean.

**Interviewee:** Dean. Really that's what it comes down to. You're doing your job, you're doing all of this investigation. You're spending a lot of time and things like that and I want to be sure that I'll accept your decisions.

**Interviewer:** We appreciate that and while our decision is a recommendation, so ultimately it will be the Dean's decision. The other thing, Giuseppe, that could happen is that when we issue our report, the Dean always has the option of sending the investigation back to us for us to do more work.

**Interviewee:** More work?

**Interviewer:** That doesn't happen often, because we try to be really thorough and anticipate what the Dean may want to know, but it's a possibility, so we just want you to be aware of that.

**Interviewee:** Yeah. I'm just expecting.

**Interviewer:** The next step for us is that we would like to touch base with ██ again, based on the conversations we've had with you. Then after we speak with ██ there is a possibility that we may want to speak with you again, although we don't expect that at this point.

**Interviewer:** Then after we connect with ██ and you if we need to again, then we're going to write our report. That takes a little bit of time because we like to be thorough and Vanessa writes it and then Jery and I review it and we may make some

Final Investigative Record
(20181900)
Distributed November 8, 2019

53 of 141

Private
Distribution Not Permitted - See Policy 6.4

suggested changes or additions and then once we've decided that our report is complete, then we send that to the Dean and the Dean works on her own time to review.

Interviewee:      It takes time to do.

Interviewer:      Yeah, sometimes she'll want to consult with us. Okay?

Interviewee:      Any other things I should know?

J. Stedinger:     How far does that report get distributed? Is it just to the Dean?

Interviewer:      Yeah, so it goes to the Dean and depending on what the finding. This process is private, so that means that the information collected and our findings and recommendations are only shared to the extent that they need to be to carry out the recommendations in our report.

Interviewer:      If for example there's a finding of responsibility and let's say one of the recommended sanctions is that you be counseled, and not let's say you be reassigned. I know that you're not teaching currently, correct?

Interviewee:      No, I'm teaching.

Interviewer:      Oh, you are? Okay. So let's say it's you being reassigned to a different -

Interviewee:      Yeah, I'm still teaching.

Interviewer:      But not this summer right?

Interviewee:      Not in this summer, no.

Interviewer:      Right, so you're not teaching currently.

Interviewee:      No, I'm teaching in the fall.

Interviewer:      In the fall, so let's say -

Interviewee:      I'm scheduled to teach in the fall.

Interviewer:      Okay, so let's say they decide, and this is just a hypothetical which is unlikely to happen right, but in terms of like rescheduling a class, but let's say that happens. We would have to share the action, the change, with whoever's responsible for that. So maybe your chair or something like that, but generally, they keep it as private as possible.

| Interviewer: | The other thing is you have a right under University Policy 6.4 to ask that the university restore your reputation as a result that there is a finding of not responsible, to the extent that is appropriate. |
|---|---|
| Interviewer: | So, if you find that folks are saying that Giuseppe was accused of sexual assaulting or harassing a student and he did it, well you could ask us to address that. Okay? |
| Interviewer: | There are ways that we do that. Generally it's just by issuing a letter saying a complaint was filed, a full and fair investigation was conducted, and it was found that Giuseppe did not engage in the conduct alleged pursuant to the university. [crosstalk 00:53:09] |
| Interviewee: | Mm-hmm. How would something like that happen? |
| Interviewer: | You would have to ask for that. |
| Interviewee: | No, but that someone would say something. |
| Interviewer: | Because the student is allowed to share her experience and we can't stop her from doing that. |
| Interviewee: | Oh okay, I wasn't even thinking about that. |
| Interviewer: | Yeah. The student isn't allowed to engage in retaliatory conduct, but we can't prohibit her or you from sharing your experience, as we ask you not to, but - |
| Interviewee: | No, I don't think I would share it with anyone. The other thing, I had another question that came to mind, but now escapes me. |
| Interviewer: | If you have any other questions, you can just e-mail them to us or even call us. Okay? |
| Interviewee: | Yeah. It was something that came to mind. |
| Interviewer: | If it comes back, you know where to find us. |
| Interviewee: | Yeah, that will be the thing to happen. |
| Interviewer: | Okay. All right, so we're all set for tonight, so thank you and we'll be in touch soon. If you have any questions between now and when we get in touch, just reach out, okay? |
| Interviewee: | Yeah. |
| Interviewer: | All right. Thank you Giuseppe. |

V. Bentley:        Thank you.

Interviewee:       Thank you.

## Policy 6.4 - Resolution of Reports Against Students Forms:
### *Investigation – Transcript Review Form*

**Name[1] of the Individual Completing Form: Giuseppe Pezzotti**
**Interview Date: June 25, 2019**
**Date Transcript Review Form is Submitted**: July 26, 2019

*Interviewees may review the transcript of their investigative interview.  Interviewees are not required to provide the investigator with comments or corrections based on their review of their investigative interview.* ***If an interviewee would like to provide comments or corrections upon review of the transcript of their investigative interview, the interviewee must complete this form.***

*The completed form will be included in the investigative record.*

*The completed form should be submitted to the Lead Investigator electronically.*

| Page | Original Text in Transcript | Comment or Correction |
|---|---|---|
| 3 | Kanno was a former student of mine and just to introduce because maybe it help her out with jobs and things like that, but I'm positive that I did not touch the lower part of her body. | Sophia Kanno was a former student of mine and I just wanted to introduce ▆▆▆▆▆ to Ms. Kanno because I thought it might help her out with jobs and things like that, but I'm positive that I did not touch the lower part of her body. |
| 5 | My best recollection, that was trying to career and when you meet a person that comes and works in the business she was trying to talk about what she was doing and that's what really. I'm sorry that this is just something that is very non unanimous. | To my best recollection, we were talking about Ms. Kanno's career and how that might be applicable to ▆▆. When you meet a person that comes and works in the business that's common, she was trying to talk about what she was doing. I'm sorry that this is just something that is difficult to remember because these conversations are very similar and I had many of them during that evening. |
| 5 | So many, because if you look at the room, there were more than 100, there were two rooms. | So many, because if you look at the room, there were more than 100 people, there were two rooms. |

[1] Parties may use their initials or indicate "Complainant" or "Respondent."

Final Investigative Record
(20181900)
Distributed November 8, 2019

57 of 141

Private
Distribution Not Permitted – See Policy 6.4

| | | |
|---|---|---|
| 6 | See that's what really I recall and I remember, but having regret. | What I was trying to say was:  I would have liked to have had the opportunity to catch up with Ms. Kanno, early in the day and talk about her career and job and how she is doing, and I regretted that I did not have a chance to do so. |
| 7 | I feel bad because something like that happened. Another human being took something that maybe was innocuous and took it so, to grab the lower part of the body, that's no way. | I feel bad because something like that happened. Another human being took something that maybe was innocuous and interpreted the situation so differently. There's no way that I grabbed the lower part of her body, that's no way. |
| 8 | Yeah, because, see there were about 100 people there. I was keeping an eye on all the people maybe that I knew, that knew me, some people that would say wait | Yeah, because, see there were about 100 people there. I was keeping an eye on all the people maybe that I knew, that knew me, some people that would say wait. In particular, I was keeping an eye on the students who were working the event. |
| 9 | Is the law of travels damages | I was referring to the legal implications of when an individual who is intoxicated is served alcohol at an establishment, gets too intoxicated, and then leaves and hurts or injures other people. I was watching out as an advisor to prevent a bad situation from happening where Cornell could be liable. |
| 10 | I feel bad that she's something like that. | I feel bad that she feels like I did something like what she is describing. |
| 11 | It never that anyone brought up something about sexual harassment, things like that. No one ever. I never done anything to do things like that, so that's why I'm really thinking because to run into so many students and many alumni come up, they hug me, all those things. I never. No. I've never done something like that. | It has never happened that anyone brought up something about sexual harassment, or anything like that. No one ever. I've never done anything to do things like that, so that's why I'm really thinking hard about your questions because I run into so many students and many alumni come up, they hug me, all those things. I never. No. I've never done something like that. |
| 13 | Yeah. Wouldn't be too far distance, you know, a few feet from me, something | Yeah. They wouldn't be too far in distance, you know, a few feet from me, or something like that. |
| 14 | She seemed very jovial. That person to smile and look. That's what she seemed to me. | She seemed very jovial. That type of person to smile and look. That's what she seemed like to me. |
| 15 | You look great, you never age, things like that. You've got comments like that. As the french would call it en passant, | People say things like "You look great, you never age," and things like that. I've gotten comments like that. As the french would call it en passant, as you pass by, you |

Final Investigative Record
(20181900)
Distributed November 8, 2019

58 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | as you pass by, you know but I do not know. | know but I do not recall whether I would have said something like that to Sophia. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Final Investigative Record
(20181900)
Distributed November 8, 2019

Private
Distribution Not Permitted - See Policy 6.4