# EXHIBIT "I"

| | |
|---|---|
| Interviewer: | Okay, ▮▮▮. Again, thanks for agreeing to speak with us. At this point we're going to talk to you a little bit about what you've already shared and then ask you some questions to help us better understand based on, not only what you've shared already but the information that we've received from other folks that we've spoken with, okay? |
| Interviewee: | Okay. |
| Interviewer: | During our conversation, your honesty is both expected and appreciated and you're encouraged to ask us questions if you need to. If for example, I ask you a question that's confusing, tell me. I won't be offended. I sometimes ask confusing questions and so I'd rather you be clear on what I'm asking so that you can provide a clear answer rather than kind of guess what I'm asking. Because I'm asking you a bad question and you not share the information that's important. Does that make sense? |
| Interviewee: | Yeah. |
| Interviewer: | Okay. Do you have any questions for Vanessa or I before we get started? |
| Interviewee: | No. |
| Interviewer: | Okay. All right. So I want to go back to the night of the event.<br><br>At the Hotel School. Can you share a little bit with me about, or what are you able to recall about how you came to first interact with Professor Pezzotti? |
| Interviewee: | It was Friday dinner. March 15th around 10:00 PM. We were starting to clean up and when I went into the Hotel School lounge, he was like very close to the door. Like a couple of steps, maybe 10 steps from the door. But once you walk in, I saw him immediately and he was talking with an Alum and I went over and said, hi and we started talking. |
| Interviewer: | Okay, and how- |
| Interviewee: | Wait, that's the question, how I started talking to him that night? Okay. |
| Interviewer: | Yeah.<br><br>Do you recall how you came to be a part of the conversation with him and the Alum? |
| Interviewee: | What do you mean? Like how I'd approach them or... |

Final Investigative Record
(20181900)
Distributed November 8, 2019

60 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Yeah. Why did you approach them and how did you approach them? |
| Interviewee: | It's a networking event, not necessarily for students, but because I was working during that event, it's considered pretty normal to just go up to someone and approach them. |
| Interviewer: | Okay. Did you approach them? |
| Interviewee: | Yes. |
| Interviewer: | Help Vanessa and I understand what happened when you approached them. |
| Interviewee: | Sorry, can you say that again? |
| Interviewer: | Help us understand what happened after you approached them. |
| Interviewee: | There were three of us, me, Professor Pezzotti and the Alum. We just started talking and then he, Professor Pezzotti saw someone and walked away and me and the Alum continued talking. Talking about what my interests were, what I was doing at school or like what I was studying. Then I don't remember how long later. Not too long. Probably less than 15 minutes later he came back. |
| Interviewer: | Okay. The Alum you were speaking with, do you know their name? |
| Interviewee: | Sophia Lynn Kanno she lives in Chicago. |
| Interviewer: | Okay. You said that Professor Pezzotti came back. What happened next? |
| Interviewee: | We are talking again. Because it's a networking event also the guests, including the Alum, were drinking, I don't know how much she drank, but she was definitely under the influence at that point. Sorry, the question was what happened next, right? |
| Interviewer: | Yes. |
| Interviewee: | Okay. Chef Christian Latimer came over a couple of minutes just after he came back, Professor Pezzotti came back over, and when Chef Latimer and Chef Fresco came over and then there were five of us and it was just like general talking, getting to know each other. A couple of minutes after that, Professor Pezzotti was standing on my left side and that's when he grabbed me. |
| Interviewer: | Okay, let me understand grabbed. |
| Interviewee: | Earlier the night he had grabbed my arm, which he does a lot and like not just to me, to other people as well. He put his arm around my waist and he touched the skin on the right side of my body. At that point I had a jacket on, I had a shirt |

Final Investigative Record
(20181900)
Distributed November 8, 2019

61 of 141

Private
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
|  | on. It was between the waist, like above the waistband of my pants and underneath the shirt I was wearing and then he grabbed my left butt cheek. |
| Interviewer: | Okay. |
|  | When this happened, could you help us understand who was there? |
| Interviewee: | To my right was kind of like the wall slash, there's like this black thing with all the folders in it. Standing in front of me was the Alum and then next to her was Chef Latimer, and then next to him was Chef Fresco, and then it was Professor Pezzotti. That's the little circle. |
| Interviewer: | Okay. Are you able to recall how long his hand was in contact with the skin on your waist? |
| Interviewee: | It would have to be a guess. |
| Interviewer: | I don't want you to guess. Let me try a different question to have a better understanding. Can you describe what you felt physically, when his hand touched your skin? |
| Interviewee: | What do you mean? Like how his hand moved basically? |
| Interviewer: | What did you feel? Yeah. |
| Interviewee: | I felt it go around and I don't remember how many fingers but it was, but it was like a finger kind of doing like a clawing ish slash caressing motion of the skin over there. His hand was moving. I don't remember the exact movement. |
| Interviewer: | Okay. You said finger or claw? Help me understand the finger and claw. |
| Interviewee: | Just like the way his finger was moving. If this was like my back, I felt like it was kind of like this. |
| Interviewer: | How would you describe- |
| Interviewee: | I know that's not like verbally descriptive. |
| Interviewer: | I'm going to describe what you just did for the recording. So what you did was you put one hand straight up in the air, almost like, so it's flat but vertical, right? You said that that was representative of your back? Correct. |
| Interviewee: | Yeah. |
| Interviewer: | Okay. Then you took your other hand, you made a fist, but you stuck your pointer finger out and you kind of curved it and touched what was your palm, which was representative of your back. Is that correct? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

62 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Yeah, but turn that like 90 degrees. |
| Interviewer: | Like this? |
| Interviewee: | No, your hand. |
| Interviewer: | Like this? Okay. Was it the back of his finger that was kind of touching your back up and down? Or was it front of his finger? Like where his fingernail is or his fingerprint? |
| Interviewee: | It was the... I remember it was the fleshy part of the tip of the finger. |
| Interviewer: | Okay. Again, you're describing that just the tip of his finger, going in and up and down motion on your- |
| Interviewee: | More like side to side. |
| Interviewer: | Side to side. Okay. Could you help us understand a little bit about the pressure of that touch? |
| Interviewee: | It wasn't a lot of pressure. But my brain at that moment wasn't, like things were a bit fuzzy. It wasn't a lot of pressure. I don't know how to explain it besides, it was obvious that it was there. |
| Interviewer: | Okay. Tell me more about your brain was fuzzy. |
| Interviewee: | I just remember the sounds of the room kind of disappearing. |
| Interviewer: | Did you say kind of disappearing? |
| Interviewee: | Yes. My focus was almost entirely on where his hand was and I wasn't listening to what was happening in the room anymore. |
| Interviewer: | Can you tell me a little bit more about how that felt in the moment? |
| Interviewee: | I felt like a deer in headlights, with that kind of feeling. My body froze. I didn't know whether to say something or move, but my body was frozen so there was just a lot of... I feel like this isn't going to make sense, but there was both a lot of things going on in my brain, but also nothing happening in my brain. I was, it's not like I was blinded, but I felt like I wasn't looking at anything. Just all my senses were focused. Like 90% of my senses were focused on that. On his hand. This is just like the finger on my waist. Okay. So 90% of my senses, roughly I mean, it's not like a scientific number, were focused on his hand on my waist. |
| Interviewer: | What are you able to tell me about what you recall happening next? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

63 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Within a minute of him doing that, his hand went back closer to his body. It was still, I think on my lower back, but on the left side and then it traveled down to my left butt cheek. He squeezed it, like he grabbed it. |
| Interviewer: | Help me understand grab. |
| Interviewee: | There was my flesh in his hand. I don't know how else to explain grab. |
| Interviewer: | Okay. Help me understand how you felt when that happened. |
| Interviewee: | Very similarly to what I just described when his hand is on my waist, but even more. |
| Interviewer: | Help me understand even more. |
| Interviewee: | It was just a shock. There's a gut rising feeling again. I mean, I guess it didn't really change. Like it was still there. |
| | I think when his... No, I know when his hand was on my waist, I could think a little bit more. Then when his hand grabbed me, when he grabbed and it was more completely blank and I felt rooted where I was standing. |
| | It was really, really loud in the room. At that point it was late and people were drinking, but I wasn't processing any of that anymore. |
| | I don't even remember what I was looking at. I don't even remember what I saw when that moment happened. I felt like my body shut down in that moment. |
| | Do you have like any other questions about, I don't know how else continue. |
| Interviewer: | That's okay. I should've said this in the beginning, but when you're sharing I never speak until you tell me you're ready for me to speak because I don't want to interrupt a train of thought. I'm sorry, I should've said that ahead of time. |
| | Okay. What are you able to recall about what happened next? |
| Interviewee: | After that happened, less than five minutes after, Chef Latimer and Chef Fresco walked away and I don't remember if the Alum was there anymore. She might have walked away. Even, I think that my brain and eyesight were kind of recovering. Very soon after, like five minutes or 10 minutes had passed, it was me, and Professor Pezzotti and I had said that, oh I need to go because I need to help clean up. |
| | Yeah, I said, I need to help clean up. He grabbed my forearm again and this is my left forearm and he said that before I leave I should see him again. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

64 of 141

Private
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
|  | Like before I leave that night to go home. I don't remember exactly his words. But that was the message, like before you leave, make sure you come see me. |
|  | I guess, I probably shouldn't say like maybe, but it's a little fuzzy right now. I'm pretty sure he complimented my looks at that time too. |
| Interviewer: | Tell me more about what you remember about that. |
| Interviewee: | It was a little farther down from where we're standing closer to another door out that goes where you pass the vending machines and that's where I was going. |
|  | I have a call coming in. Can I take it real quick? |
| Interviewer: | Yes of course. |
| Interviewee: | Okay. |
| Interviewer: | That's okay. Did you have enough time? |
| Interviewee: | Time for what? |
| Interviewer: | To connect? |
| Interviewee: | Oh. |
| Interviewer: | Are you able to keep going right now? |
| Interviewee: | Yeah, no I'm just remembering the question and my train of thought. Can you just repeat the question one more time? |
| Interviewer: | I don't know if I remember it, ▓▓ [crosstalk 00:17:26] Basically, what happened next. |
| Interviewee: | I feel I kind of remember, but it was- |
| Interviewer: | I remember. |
| Interviewee: | Tell me more about what happened next or where he was... |
| Interviewer: | You were talking about him commenting on your looks. |
| Interviewee: | I don't remember what he specifically said. Okay, now it's actually coming back. |
|  | The general theme was, you're a beautiful girl inside and out. I don't know. I can't say for sure, those are his verbatim words. |

Final Investigative Record  
(20181900)  
Distributed November 8, 2019

65 of 141

Private  
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
|  | It's was something like that. |
| Interviewer: | Okay. Now you mentioned that that comment was made to you when you were standing in a different place than you had been standing in when his hand touched your body. |
| Interviewee: | It was a different place. Same Room. Along that wall, probably about five, less than five, feet down, closer to the little hallway that leads towards the vending machines. |
| Interviewer: | Okay. Can you help Vanessa and I understand how you went from the spot where he touched to the spot where he made that comment. |
| Interviewee: | Okay. I remember when there was the five of us in that group. I actually might be wrong about Chef Latimer and Fresco walking away. I said at some point in that group, oh, I have to go. I have to clean and that clean up after the event. I started walking towards that way to get out through the door. I guess, he followed me, just like five feet. Yeah. It was on my way trying to get out and when we talked again it that second location, five feet down... My main goal was to get out of the room. |
| Interviewer: | Okay. You mentioned that after he removed his hand from your left, and I'm going to use your words, okay? Butt cheek that he then, at some point he grabbed your forearm again and asked you to come to see him. |
| Interviewee: | Yeah, so that was, I think, five feet down at the second spot. |
| Interviewer: | Ann, I'm sorry to jump around on you and sometimes they do this and I please forgive me. Okay. When his hand was on your waist and or your butt cheek, what else do you recall about Giuseppe? |
| Interviewee: | Wait, what do I recall about him? |
| Interviewer: | Yeah. I know you describe, you feel his hand on your body. What, if anything else are you able to remember about Giuseppe in that moment? Meaning like his body position. We could start there. What else do you remember about his body position? |
| Interviewee: | He wasn't facing me. He was still facing the inside of the group. |
| Interviewer: | Okay. |
| Interviewee: | Yeah, that was his body position. |
| Interviewer: | Are you able to remember anything about sounds he was making? |
| Interviewee: | No. |

Final Investigative Record  
(20181900)  
Distributed November 8, 2019

66 of 141

Private  
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Okay. In the moment, you talked a lot about your senses focusing in on the touch and you shared quite a bit about what you felt. What if anything in this moment did you smell? |
| Interviewee: | I don't remember smelling anything. |
| Interviewer: | What about- |
| Interviewee: | Nothing distinctive. Just general room stuff. |
| Interviewer: | In the moment when he had his hand on your body, what do you remember hearing? |
| Interviewee: | I think the people in the group were laughing. It was or whatever... It was very fuzzy. It was all drowned out like sounds when you're underwater. |
| Interviewer: | I know these are weird questions, but I promise you I'm asking them for a reason. Okay?<br><br>When- |
| Interviewee: | I wouldn't doubt that. |
| Interviewer: | When his hand is on you, what are you seeing with your eyes? |
| Interviewee: | Even way back was to the door, so it was just looking in that direction of the room. I don't remember if I was looking at anyone in particular. Thinking back, all I can really recall are general colors of the room. |
| Interviewer: | Tell me more about the colors. |
| Interviewee: | It was kind of dark. Not really dark.<br><br>The back wall, I think it's dark red. But honestly I feel like some of my answers is more going to be from memory of being in that space rather than what I actually see in that moment. |
| Interviewer: | Okay. We want to go back a little bit. You've already described what you were feeling both physically and in your mind and emotionally, but we want to talk a little bit about where he was just to clarify in relation to you and and how his body, like where on your body he touched. Just so we are clear. |
| Interviewee: | Okay. He was standing to my left. Basically like not super close to basically shoulders or shoulder. But like some distance between the shoulders. But like slightly curved in because we were standing in a circle. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

67 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| | What was the second part to that question? You said where he was standing next like relative to me. And? |
| Interviewer: | And then when you first felt his body on yours, where did you feel it? |
| Interviewee: | When it was earlier in the night, he had grabbed my left forearm. When I first felt it... It was on the right side of my waist. Just on the other side of my body. |
| Interviewer: | Okay. |
| | You said earlier, you said his hand traveled. Right? Can you help us understand travel. |
| Interviewee: | When his hand moved from the right side of my body to...No, from the left side of my body to the right side of my body, I could feel his hand move from the left to the right. Based on his hand, I can feel his arm extend. |
| Interviewer: | Okay. |
| | All right. When you feel his arm extend is he's still in contact? What part of his body is in contact with you? |
| Interviewee: | I don't specifically remember. |
| Co-Investigator: | I'm sorry, ▮▮▮. Just bear with me here because I'm having a hard time visually, or visualizing this and I'm a visual person. I'm sorry if I'm asking you to repeat yourself. from what you said earlier, you recall him putting his arm around you, he's standing on your left and he put his arm around you and you felt his finger on your skin on your right side? |
| Interviewee: | Yes. |
| Co-Investigator: | Okay. Then earlier you said you recalled him, his hand touching your left buttock? |
| Interviewee: | Yes. |
| Co-Investigator: | Okay. Can you help me understand how his hand made contact with your body from one side to the other? |
| Interviewee: | His hand was on, his right hand was on my left side and it moved slash traveled to my right side and then travel back and then down. |
| Co-Investigator: | Okay. Thank you. |
| Interviewer: | Ann, I'm going to transition a little bit and focus now in on... Well, before I do that, let me ask you a question. Okay? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

68 of 141

Private
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
|  | I'm just trying to think about how I want to phrase this question. |
|  | Okay. This is how I'm going to ask it. We've spoken with Giuseppe and of course, you know we share with him what you've shared with us and Giuseppe has indicated that he has no recollection of putting his hand on you the way you've described. I want to give you an opportunity to respond to that. |
| Interviewee: | The touch felt. It wasn't, no, okay. The touch was very deliberate. Afterwards, when people made me doubt whether he was deliberate and it due to his age, my memory was reinforced because it was so deliberate. By deliberate, I mean the movements weren't spastic in any way. They were controlled, not incredibly slow, but it was controlled. The grab was strong and forceful enough that I am convinced that it's deliberate with him touching my waist beforehand. |
|  | Those two things together, right next to each other. That's not a spastic movement in any way. |
|  | I mean, I'm not surprised that he said he doesn't remember because that's to, that seems like the response you get in this case. |
|  | What do you mean? Just like by response? Do you mean like why I think he's wrong or just how that makes me feel or like what do you mean by response? |
| Interviewer: | Whatever you, however you want to respond. |
| Interviewee: | In the more emotional sense I guess. I just don't because in this case, I don't know if you're just looking for facts or just like anything. |
| Interviewer: | Both. |
| Interviewee: | Okay. |
|  | It just sucks because we had gotten close that semester and given that his position at the school and the culture of the Hotel School, both with the students and Alums, I felt like because we had gotten closer and he knew my name and he recognized me in the hallways, I felt closer to the Hotel School community and I felt like I had belonged. This junior year was the first year, I felt like I finally had some control over what I was doing and my sense. I felt more of a sense of community with the Hotel School and he was a big part of that and to have that happen made me not want to go back into that building. |
|  | Which was tough because a lot of my friends are in that major, so it was very isolating in that way. Every time I went back into the building, I felt more anxious. My heart would pound and it was difficult to focus in class, especially in that building because instead of focusing on what the professors are teaching in their lectures, I'm thinking about when I walk out the classroom door, will he be there and when I turn a corner I have to think, will he be there? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

69 of 141

Private
Distribution Not Permitted - See Policy 6.4

> I am a teaching assistant for a professor who's in the same office area. It was hard to talk to that professor and get papers to grade and turn in the papers because every time I go in, that's his office area, he's very likely to be there.
>
> I didn't like going to the second floor anymore because that's where his office is at.
>
> Even today, at my internship it follows me. Yesterday I was talking to someone who also graduated from Hotel School and there's a lot of people here who have graduated from the Hotel School and one of the things he said was like, Oh, do you know Giuseppe. He said like, Oh, if when you do something you should send a picture to Giuseppe. I felt that what the person I was talking to, what he wanted to hear is like, yes, of course I know Giuseppe. Giuseppe and I are friends. Before that event happened, that would have been my response and now there's that distance and barrier between me connecting with other people from my school.
>
> There was a shattering, I felt like of my sense of identity, which I think I just went over.
>
> It's just been really hard afterwards. Right now like that I'm not... It's a weird that I'm still dealing with it, not on campus. A couple of weeks ago I was thinking, oh, I don't know if I am mentally healthy now and I've dealt with it and I moved on or it's just me being away because you know, there's not that many people I see on a day to day basis that are involved with that. By that I mean, the incident.
>
> I guess, besides the guy I was talking to yesterday who works here. No it's like, every time I feel like I've kind of moved on, there's something that makes me remember that it happened. Whether it be like as explicit as talking to the guy yesterday or the news. What I mean my news is news events of people, women coming out. Just today there was like another thing about boy. The judge was like he couldn't have done it. He's an Eagle Scout.
>
> Yeah. I feel like I've been talking a long time so I don't know if there's like more. That you want to hear or are not want to hear but like are curious to know about.

Interviewer: Yeah. If it's okay, I want to jump back. You said that you and Giuseppe had gotten close. Help us understand what you meant by that.

Interviewee: By close, I mean in the hallways when he'd seen me or like when we'd see each other, we say hi. Like talk for a couple of minutes and often in those times he touched my forearm as well and compliment my looks with a similar phrase of, like beautiful inside and out. Like you're very hard working, blah blah blah.

> I probably I shouldn't say blah blah, blah.

Final Investigative Record
(20181900)
Distributed November 8, 2019

70 of 141

Private
Distribution Not Permitted - See Policy 6.4

|   |   |
|---|---|
|   | Yeah, it was friendly. There was banter. We got close because at that point I just seen him in the hallway so many times that was like, well, I've seen you so many times. You might as well say hi and introduce ourselves. |
|   | In my restaurant management class where I have were Chef Latimer's, my instructor, he would come. I think he usually goes to that class almost every single day. I had that class on Friday. That's the six hour class from three to nine. |
|   | When he'd visit the kitchen. He would, I wouldn't say make a point, but he would come over to me specifically and say hi. He didn't do that to everyone in that class. Maybe one or two other people. Like come over and say hi and make jokes with me. And also Chef Instructor. |
| Interviewer: | Okay. Do you have any other questions? |
|   | Okay, ▇ |
|   | I think those are all the questions that we have for you, and I appreciate you sharing with us today. |
|   | Where is your internship? |
| Interviewee: | That Marriott International Headquarters. |
| Interviewer: | Where is that? |
| Interviewee: | Bethesda, Maryland. |
| Interviewer: | Okay. I'm going to stop this. |
| Interviewee: | Is that important to the case. |
| Interviewer: | It's not, I'm going to tell you. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

71 of 141

Private
Distribution Not Permitted - See Policy 6.4