# EXHIBIT "J"

| | |
|---|---|
| Interviewer: | ... computer around just a little bit so that... There's a couple of us in the room. I'm Chantelle Cleary. This is Jery Stedinger, and this is Co-Investigator 2. Okay. I'm the university Title IX Coordinator here at Cornell. Vanessa is one of our investigators, and Jery is a faculty co-investigator in this case. |
| Interviewer: | We're investigating an allegation of misconduct by one of the professors in the hotel school against a student. In conducting that investigation, we've been speaking to folks that we think may have information. So, your name came up as a potential witness. We were hoping that you would speak to us. We're not sure that you will have information, and if you don't, that's okay. But it's important for us to explore with anybody and everybody who we think may have information. Does that make sense? |
| Interviewee: | Absolutely. Of course. |
| Interviewer: | Okay. All right. Our conversation today is being audio recorded. A transcript of the conversation will be created if you share information that's relevant to our investigation. That transcript will be shared back with you and you'll have an opportunity to review it. Usually, we get it to you in a day or two. You'll have an opportunity to review it and to provide feedback insofar as whether the information in the transcript is accurate. Sometimes folks say I did say this, but I actually would like to clarify, and you can make those clarifications. We'll send to you a form on which you can make the corrections or clarifications. |
| Interviewee: | Okay. |
| Interviewer: | So, thank you, again, for being willing to speak with us today. The complaint that we received is against Professor Giuseppe Pezzotti. Have you spoken with him recently about this complaint? |
| Interviewee: | No, I have not. |
| Interviewer: | Okay. All right. We're interested in the HEC Dinner that occurred on the Friday night of the HEC Weekend. It's my understanding you may have been present. I'm wondering if you recall an interaction where Giuseppe introduced you to a student by the name of ▇▇▇▇? |
| Interviewee: | I feel like probably, but I really don't recall clearly. |
| Interviewer: | Okay. Do you have a recollection of interacting with Giuseppe that night? |
| Interviewee: | Yes, I do. |
| Interviewer: | Can you tell us... I'm sorry, go ahead. [crosstalk 00:02:42] |

Final Investigative Record
(20181900)
Distributed November 8, 2019

72 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | I want to say that evening... more of my interaction with Giuseppe was more so on Friday evening. We had several conversations, he was one of my professors, so we were catching up and different things. I do remember having some brief conversations with him on Saturday, but not extensively. Not as much as on Friday. |
| Interviewer: | I want to focus in on Friday. Can you tell us a little bit about your interactions with him on Friday, what you recall about them? |
| Interviewee: | Sure. We were just having some great conversations about... Just catching up about where I was located, what am I doing right now, ideas for the future. He was very polite to me in the sense that he... He was kind of telling me that he really thought I was... He was really proud of me as a student, that I was successful, that I was smart, that I was beautiful. He was saying a lot of different things like that to me. He really felt like it was great that I was being involved with the students at HEC. I talked to him about some of my future ideas and endeavors. So very much so just kind of a good, friendly conversation that we had in terms of just catching up amongst ourselves. |
| Interviewer: | Do you recall a point where he introduced you to a female student or any students or when students were interacting with you all? |
| Interviewee: | Okay. So now I'm remembering. Yes, he did introduce me to ▮ who I believe... Yes. Because... I'm sorry. I'm trying to remember because I met a lot of people that weekend. So I'm trying to remember whose name was what. But, I do remember meeting ▮. I think she has shorter hair, shorter dark hair. He did introduce me to her on Friday evening and then, I did have an interaction with her specifically on Saturday, which, then, I had a conversation with her specifically about special events and things of that nature. And then, also, feedback on the HEC design team with her on Sunday morning after HEC was over. |
| Interviewee: | So I think, yes, I believe that that was ▮ that I spoke with. |
| Interviewer: | Okay. Can you share with us a little bit about how ▮ was brought into the conversation? Maybe we'll start there. |
| Interviewee: | Sure. I think she was just walking by as one of the students on Friday. And Giuseppe and I, because we were in so much conversation, he actually introduced me to her because she was on the HEC design team and I was on the design team, as well, when I was a student. And since my profession currently right now is essentially what HEC design team does, he wanted me to introduce... make the introduction to her to just kind of helped them with their future and guiding them, being an advisor to the design team and helping them enhance that aspect of it. So, he did introduce me to ▮ on Friday evening. I did recall that. |

Final Investigative Record  
(20181900)  
Distributed November 8, 2019

73 of 141

Private  
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Okay. Were you able to observe the interaction between Giuseppe and ▮ when the three of you were speaking? |
| Interviewee: | Yeah. It felt like it was very, very much so a friendly professor to student type of relationship. It was definitely friendly. But I didn't observe anything that I felt that was out of line. |
| Interviewer: | When you say friendly, help me understand friendly. |
| Interviewee: | He might have put his hand behind her back to, in terms of presenting her to me, kind of pushing her forward a little bit. I would say there might have been that type of touching interaction. He would smile at her, he would smile at me. So there was a little bit of type of interaction, if that makes sense for friendly. |
| Interviewer: | Mm-hmm. Focusing in on any physical contact that may have occurred, do you recall, when observing that contact, ▮ reaction? |
| Interviewee: | I didn't perceive anything unusual, because I think, again, it was more about the interaction about her meeting me than it was about her and Giuseppe. She seemed happy and excited to meet me because of just my background and my experience with the school and HEC. |
| Interviewer: | Okay. How long would you say the three of you were speaking, if you can estimate? |
| Interviewee: | It wasn't for an extended amount of time. I would say somewhere around 10 to 15 minutes. I know that she had to run off and kind of participate in managing the event. Something may have spilled or broke or something, and she was like, oh, I better go check on that, and then she kind of ran off. Maybe a maximum of 10 to 15 minutes, honestly. |
| Interviewer: | Okay. |
| Co-Investigator: | Okay. You're saying that she joined the two of you, and then she left the two of you? |
| Interviewee: | Correct. |
| Interviewer: | Okay. When did... You said there have been, at some point, where Giuseppe put his hand on her back. Do you recall when in that encounter? Was that at the start? Sometime in the middle? At the very end? |
| Interviewee: | I think probably right at the very beginning. More so in terms of, again, just kind of presenting her to me, kind of like pushing her forward in that sense. So, I want to say probably just right at the very beginning. I don't remember much physical reaction after that. But I'm not a hundred percent sure. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

74 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Okay. Just prior to her leaving the conversation, did you have an opportunity to observe where Giuseppe's hands were? |
| Interviewee: | I feel probably just, honestly, kind of free flowing in conversation. I don't recall his hands being anywhere inappropriate, either touching me or ▇▇▇ know that he sometimes, even for me, he'll... if he's introducing me to somebody or whatever, sometimes he will put his hand on someone's back or something like that. I have had that happen with Giuseppe before, so I don't think it would be out of the realm of possibility, but I don't remember for sure where his hands were when she left. |
| Interviewer: | Yeah. Okay. This is an important point, so I just want to be clear. Is it that... and this is a very natural way to speak. I think maybe [inaudible 00:10:23] but, when you think back to the period of time just before she left the conversation, do you have a recollection of where his hands were? If you don't, it's okay to say you don't remember. But if you do, we want to know where they were. |
| Interviewee: | Yeah. I honestly do not remember. |
| Interviewer: | Okay. Okay. Now, you said that just prior to her leaving the conversation, she had said something. Can you tell me what was happening in the conversation right before she left and what you recall her saying before she left? |
| Interviewee: | I think it was, really, she and I had a conversation about just my feedback in HEC, my experience in it, and then, my willingness to give them feedback or mentor them in the process. And also, I asked her if she would be present on Saturday. She said that she would be present at the gala. We had made a plan that, at some point, we could reconnect again on Saturday and/or even on Sunday afterwards to meet and talk a little bit more. So, basically, she and I had just kind of a tentative conversation about that process and that's basically where we left it before she left. |
| Interviewer: | Okay. |
| Co-Investigator: | [inaudible 00:11:49] did you actually talk to her on Saturday? |
| Interviewee: | Yes, I did. She was at the gala on Saturday. When she was... She was serving and participating in the event and working the event. I did say hello to her and she and I had some conversation. Then, we did end up exchanging phone numbers, because I met with her on Sunday morning for breakfast so that we could actually connect and talk a little bit more about HEC. |
| Interviewer: | Okay. At any point in your subsequent conversations with her, either on Saturday or Sunday, did Professor Pezzotti come up at all? |
| Interviewee: | My interactions on Saturday and Sunday did not involve Giuseppe at all, no. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

75 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | All right. And did ▮▮▮ speak with you about him at all? |
| Interviewee: | No, she did not. |
| Interviewer: | Okay. I'm not sure that I have any other questions. Do you have any other questions? |
| Co-Investigator: | I was wondering, can you tell me about the alcohol? I've never been to one of these things. Is there drinking at any time? |
| Interviewee: | Yes. There's quite a bit of alcohol that is served at the event. You know, it's sort of an open bar format, I guess you could say. So, it's beer, wine, hard liquor, cocktails. It's usually quite a bit of alcohol. But people drink at their own discretion, essentially. |
| Co-Investigator: | Okay. We talked about three different people. Do you know... not Roland? Okay. |
| Interviewer: | Okay. Do you have anything else that you think we should know? Do you have any other questions? |
| Interviewee: | I don't think so. I apologize, I did kind of space on ▮▮▮ for a second. When you mentioned her, it took me a minute just to recall who, exactly, she was. But, yeah, I did definitely... I was definitely introduced to her by Giuseppe on Friday night. |
| Interviewer: | Okay. All right. |
| Co-Investigator: | Can I clarify? I thought I heard you say that he was being very kind and supportive of you. He used the word beautiful. Is that correct? |
| Interviewee: | Correct. |
| Co-Investigator 2: | I just have one question for you. Is that something that he typically would comment on, is your physical attributes? Is that something new that he's done or something that he's just done throughout your interactions with him throughout the years? |
| Interviewee: | Yeah. No, he has utilized that term in the past, and he definitely... We had, because he was both my professor and we became very friendly once I became an alumni. He did come to a local chapter event in Atlanta a few years after graduation. So, he has used that term before. Just because of that close professor student relationship, I feel like he would sometimes compliment me or give me those kind of feedback and those kind of things to me, as well. |
| Co-Investigator 2: | Can you help us understand how comments about your physical appearance would affect you, if at all? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

76 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | I mean, for me, I always just took it as a nice comment from him. I think, for me, it didn't... I think that anybody who says that about somebody, there's always... It doesn't matter who it is, sometimes there's a little bit of uncomfortableness. But, I think with Giuseppe, I've always just seen it as just like, oh, it's Giuseppe. He's kind of harmless, and you're my professor, and he's just being nice. That's how I've interpreted it, because I've also never encountered anything that was out of line or inappropriate with him. |
| Interviewer: | Help me understand out of line or inappropriate. |
| Interviewee: | He's never touched me in a way that was inappropriate or made an advance in a way that was inappropriate to me where I could have felt that he was making an advance to me at all. |
| Interviewer: | Okay. |
| Co-Investigator: | Can we conference for a second? I want to... |
| Interviewer: | We're going to put you on hold for one second, if that's okay with you. Is that all right? |
| Interviewee: | Okay. |
| Interviewer: | Okay. So, Sophia, we're going to go back to the conversation about alcohol, if it's okay with you. Can you help us understand if you were... What observations, if any, you were able to make about whether or not Giuseppe was drinking that night? |
| Interviewee: | I do not remember for sure whether or not he was drinking that night. It wouldn't be out of the realm of possibility, though, because a lot of professors and the alumni, they all partake in HEC, so drinking beverages is a big part of just the whole activity. I know I was drinking. Giuseppe may have been, but I can't fully remember at the moment when we were conversating on Friday, whether or not he was. |
| Interviewer: | This might sound like a silly question, but Sophia, have you had the opportunity at any point in your life to observe a person in a state of intoxication, generally? |
| Interviewee: | Yes. Yes. |
| Interviewer: | Based on observations that you've made, are you able to form an opinion as to whether or not Giuseppe was intoxicated at this event when you were speaking with him and Ann? |
| Interviewee: | I could say it's a... I feel like that he maybe had... You could tell that he had had something to drink. But, I don't know that he was a hundred percent drunk in that sense. Sometimes there's just like a little bit of indication just through their |

Final Investigative Record
(20181900)
Distributed November 8, 2019

77 of 141

Private
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
|  | speech. It might just be a little bit slower or a little bit more muddled. And I think in Giuseppe's case, quite possibly, but I feel like there probably was a little bit on Friday. But not to a state where he couldn't stand or he couldn't conduct himself. There was a little bit of that. |
| Interviewer: | Okay. Can you help us, so that we have an understanding of your state of mind if and when we're relying on some of the observations you made, are you able to share with us a little bit about your level of intoxication if you were drinking at all? |
| Interviewee: | Yes. I definitely was drinking. Again, I definitely had a certain level of control, but certainly... I want to say at that point in the evening, I may have had two cocktails at that point. So, there was definitely more cocktails afterwards. My recollection and my memory may be a little affected by that, as well. |
| Interviewer: | Okay. Thank you. Any other questions? No? |
| Co-Investigator 2: | I just wanted to clarify your statement about, in general, you can tell people's level of intoxication by their muddled words or their actions. And I just wanted to verify if that is in general, or if that's what Giuseppe was... if that's what you were observing of Giuseppe? |
| Interviewee: | In general, but I felt like I did observe a little bit of that in Giuseppe in general. I remember making a little note to myself, oh I think Giuseppe's had a little bit to drink. But, again, the conversation that we had was... still remained very, very kind of professional friendly in the sense that he was interested in what I was doing and kind of updates with my life. And then, again, that introduction to the student was, again, more of a mentorship connection because of my experience with the team. But I did remember kind of feeling like, oh, he maybe had a little bit to drink. Because I could hear a little bit of muddling or a little bit of... just a tiny little bit of that indication in his speech. |
| Interviewer: | Okay. Thank you. |
| Co-Investigator 2: | Thank you. Okay. |
| Co-Investigator: | Thank you for all your help. |
| Interviewee: | Of course. |
| Interviewer: | All right. Do you have any questions for us? |
| Interviewee: | Yes. I guess that you're going to do a transcript of my account. What does this necessarily mean, then, in terms of... I know that this is part of an investigation that's ongoing; correct? |
| Interviewer: | That's correct. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

78 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Will there be a time when I'm going to be called in at all to, in person or anything? Or is it just really strictly based upon these conversations and transcripts? |
| Interviewer: | It's just based on the conversations and transcripts. And we may, if it's okay with you, if we have some follow up questions, reach back out. But it'll just be the three of us. We can connect in this way. But the investigations are conducted... Or the investigation in this case, is conducted by us, the three of us here. And we write a report based on the information that we share in that report and send up to the Dean. There is no hearing or anything of that nature. So, you won't be called upon to provide live information to a fact finder. In this case, we would make the recommendations. |
| Interviewee: | Got it. Okay. |
| Interviewer: | So, we do want you to beware that we do share and we may share some of the information that you shared today with the parties, so Giuseppe or ▇▇▇. And, certainly, with the fact finder, who will be the Dean. But the information in these investigations are kept private. Not completely confidential because, of course, we're sharing the information with the parties and with the folks who have to make a determination as to whether or not there's been a policy violation. But all the people are asked to keep the information as private as possible, and we'll ask the same of you. So, if you could please not share the content of our conversation today with anyone. |
| Interviewer: | And also, the university does have a prohibition against retaliation. If you feel, and I don't expect that this will occur, but if you feel that anybody is retaliating against you for your involvement in this investigation, for providing information and speaking with us, please let us know. If that person is a member of the Cornell community, we'll address it immediately. |
| Interviewee: | Okay. |
| Co-Investigator: | Can we conference again? |
| Interviewer: | Yeah. And I'm just going to ask you to hang on one second. Okay? |
| Interviewee: | Okay. Sure. |
| Interviewer: | All right. Do you have any questions for us? |
| Interviewee: | I do not at this point. |
| Interviewer: | Okay. Thank you so much for your time today. If anything comes up that you think of that you think we should know, please feel free to reach back out to me. You have the email address for the folks in my office, and my email address |

Final Investigative Record
(20181900)
Distributed November 8, 2019

79 of 141

Private
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
|  | is in the emails, as well. But otherwise, I'm not sure that we will be reaching back out. We really do appreciate your help, though. |
| Interviewee: | Okay. Thank you so much. I appreciate it. |
| Interviewer: | Thank you. Have a great day. |
| Interviewee: | Thank you. |
| Interviewer: | Okay. Bye bye. |
| Interviewee: | Bye. Bye bye. |
| Interviewer: | Okay. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

80 of 141

Private
Distribution Not Permitted - See Policy 6.4