# EXHIBIT "K"

| | |
|---|---|
| Interviewer: | This is an interview in 20181900 of Christian Latimer. I need to get a uh, hi Christian. |
| Interviewee: | Hello. |
| Interviewer: | I'm Chantelle Cleary. |
| Interviewee: | How you doing? Christian Latimer, pleasure to meet you. |
| Interviewer: | So nice to meet you. |
| Co-Investigator: | Jery Stedinger. |
| Interviewee: | How you doin? Christian Latimer. |
| Interviewer: | Christian is it okay if I close this door? |
| Interviewee: | Sure. |
| Interviewer: | Is it okay if I sit right here? |
| Interviewee: | Yeah absolutely. |
| Interviewer: | Great thank you. |
| Co-Investigator: | You sit here? |
| Interviewer: | I am going to if that's okay. |
| Co-Investigator: | What's my title? |
| Interviewer: | Uh you are the faculty co-investigator. |
| Co-Investigator: | Got it. That sounds so important. |
| Interviewer: | And I am the University Title IX Coordinator. |
| Co-Investigator: | All right. |
| Interviewer: | So thank you for coming in today, my office is responsible for coordinating the Universities responses to any form of sexual or related misconduct. |
| Interviewee: | Okay. |
| Interviewer: | Do you know why you're here today? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

81 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Not a clue, [crosstalk 00:00:51]. |
| Interviewer: | You're not in any trouble, you're not in any trouble. |
| Interviewee: | No I know I'm not in trouble but you, huh I'm sorry about that. |
| Interviewer: | So like the email said we're conducting an investigation into a potential violation of University policy 6.4 which is the policy that sets forth the Universities prohibition against things like sexual harassment, sexual assault, sexual exploitation, dating violence, stalking and any other discrimination based on sex. As a part of enforcing and implementing that policy my office will accept complaints against members of the Cornell community by other students, faculty, staff, or guests of the Cornell community and when we receive a complaint we conduct an investigation. |
| Interviewer: | When the complaint is against a member of our faculty, the investigation is conducted by somebody from my office either myself or one of the investigators in my office and a faculty co-investigator. Which is Jery's role here. And as a part of our investigations we talk to folks who we believe may have information and, sometimes we don't know and so you've been asked to come in with respect to an investigation we're conducting cause we have reason to believe that you may have some information that might be helpful for us in understanding what has been alleged, okay? I'm gonna give you more information about that, and it's not gonna be what the report or the complaint alleges but before I do that I'm gonna note that we do record all of our conversations. Those recordings are kept so that we can maintain an accurate record of our conversation today, it also allows Jery and I to engage with you, to actively listen without having to be scribbling notes. |
| Interviewer: | At the conclusion of our conversation today if you provide us information that is relevant to our investigation, we'll send you a copy of a transcript of this recording for you to review and when you're reviewing that we encourage you to make changes as necessary so if, in the transcript cause we don't use our stenographers we use a transcription service and sometimes they just simply make mistakes cause the recording isn't clear so they might put a "he" where you actually said "she" or something like that. The other types of corrections that we encourage folks to make is if when reading what you said you're like, you know what? I said that, but I didn't mean that, and I need to clarify. That's your opportunity to offer clarification does that make sense? |
| Interviewee: | Yeah absolutely. |
| Co-Investigator: | Are those marked, as such? |
| Interviewer: | I'm sorry? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

82 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Co-Investigator: | Are those marked as that, so you don't edit the transcript and say something different you put in a note that you meant something different. |
| Interviewer: | So when you receive the email with a transcript there will also be a link to a form, that walks you through how to make edits and or clarifications. So yeah, so that'll be all there, it's pretty simple but that's a really good question. So yeah, so you wouldn't mark right on the transcript. |
| Co-Investigator: | Okay. |
| Interviewer: | And then, so that's the transcript. If the information you share today is not relevant to our conversation we won't send you something. So if you just say "I don't know anything", then we don't share the transcript, it won't be used for investigation. |
| Interviewee: | Not a problem. So I fully understand your role, what you're doing, so I'm sorry Jery I don't understand your role. |
| Co-Investigator: | Neither do I but I'm figuring it out. |
| Interviewee: | Just so that I'm clear. So... |
| Co-Investigator: | So there was an allegation filed, and so her office has to investigate it, she's actually I think director of it and then because the allegation affects, it's about what a faculty member did, they add me, just due to the fact that he knows me and said would you be the... I'm used to thinking of this is as an independent witness for academic integrity issues. So I help listen and sometimes can add a faculty perspective about how faculty members are operating, and she's really good at this she's been doing it for over a decade and she has a law degree, and um... I'm trying to learn a lot here. But I think all of us in the Cornell community are very concerned when an allegation is made and we want to see it resolved, for the benefit of all parties. |
| Interviewee: | Yeah, I totally agree. I just wanted to go over [crosstalk 00:04:56] get an understanding cause obviously I know but we went into a meeting um, probably three weeks ago about Title IX, all the stars and I forgot the name of the lady there... |
| Interviewer: | Theoria. |
| Interviewee: | Thank you. She gave us all the information so I'm fully aware of what it is and what it does and the process but I just didn't know about ah, the other side so. |
| Interviewer: | So we're just, we're a team, so I'm good on faculty procedures so when there's an allegation of misconduct by a faculty member we have a faculty co-investigator for the reasons that Jery explained. So together Jery and I will collect evidence in the form of either conversations with the folks or sometimes |

Final Investigative Record
(20181900)
Distributed November 8, 2019

83 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| | there's other things, and then we'll evaluate that evidence together we'll apply it to the procedures and together we'll make a recommendation to the Dean as to whether or not there's been a violation of University standards. |
| Interviewee: | I understand, I'm all caught up now. |
| Interviewer: | Do you have any other questions for us before we share a little bit more about why you're here. |
| Interviewee: | That would be my next question, why. Why am I here? |
| Interviewer: | Yeah, so we received a complaint against ah- |
| Co-Investigator: | Do you wanna turn the tape on at this point? |
| Interviewer: | The tape is on. |
| Co-Investigator: | Oh it is, okay. |
| Interviewer: | So we've received a complaint against a member of the faculty in the Hotel School by the name of Guiseppe Pezzotti. And that complaint was filed by a student by the name of ▬▬▬ ▬▬▬ is alleging that at an event on, let me get the exact date, March 15, 2019 there was an event at the Hotel School it's HEC? Right? Event and particularly in the lounge, she was there at about ten p.m. and there was an encounter between her and Guiseppe that included physical contact. And so ▬▬ recalled that at some point you were in the vicinity and so I'm just, we're just here to ask you today if you have a memory of seeing ▬▬▬ or Guiseppe at that event that night. |
| Interviewee: | Could you say the last name again? |
| Interviewer: | ▬▬▬▬▬▬▬ |
| Interviewee: | Does she go by any other name I have, a lot of my Asian students do go by different names so, that name does not [crosstalk 00:07:05]. |
| Co-Investigator: | Should we try to get a picture? |
| Interviewee: | If you have a picture that would be great. |
| Interviewer: | I need, before we do that yes we can do that but before we do that do you recall seeing Guiseppe at that event? |
| Interviewee: | On the HEC weekend yes, would I be able to pull my phone to recall that date? Is that a Saturday? |
| Interviewer: | Yeah, yeah sure. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

84 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Cause I have my schedule, so I know exactly where I was that day. |
| Interviewer: | So Christian this would be the Thursday. |
| Interviewee: | Thursday... |
| Interviewer: | Thursday before the [crosstalk 00:07:27]. |
| Interviewee: | So the start of HEC. |
| Interviewer: | Yup, correct. |
| Co-Investigator: | In the evening, downstairs. |
| Interviewee: | March 15 is Friday. |
| Co-Investigator: | You're [crosstalk 00:07:32] aren't you. |
| Interviewer: | Oh I'm sorry, so it was Friday, I apologize you're right. |
| Interviewee: | I was gonna say cause Thursday I was not completely involved on HEC cause I had my labs and my regular, we're a support team right we're on the TSS teaching support specialists, so I'm support, so I was supporting HEC on the fifteenth but on the fourteen I had nothing to do with HEC I still had my current classes. So Friday the fifteen, yes I was involved with HEC, there was some prep going on in the kitchen, which I expect most of the time, and then on the office. |
| Co-Investigator: | What's your responsibility? |
| Interviewee: | I'm a teaching support specialist TSS. |
| Co-Investigator: | Teaching support specialist so in the kitchen issues? |
| Interviewee: | Oh well I'm a chef instructor, so I basically handle the back of the house, restaurant management, culinary, I also help with the beverage management classes. |
| Co-Investigator: | Okay, and you're a faculty member? |
| Interviewee: | No I'm a staff, I'm not faculty. |
| Co-Investigator: | Oh okay. |
| Interviewee: | I mean I'm a full time staff for the school, but I'm not a faculty member no. |
| Co-Investigator: | The food is really good I got a bunch over there today. |

| | |
|---|---|
| Interviewee: | Banfi's? Well that's separate the hotel is completely separate, the hotel side is completely separate. We have on the second floor a kitchen of the students. So Friday, I was in the kitchen, I do not recall anything about lounge we have multiple lounge rooms was it the, like the student lounge? Or the... |
| Interviewer: | No so there as an event involving Alum and a so... |
| Co-Investigator: | It's on the terrace. The terrace is downstairs, right? |
| Interviewee: | Yeah HEC would've taken over the terrace, yeah. |
| Co-Investigator: | She said she was in the terrace, which I thought was the name of the restaurant that's downstairs. |
| Interviewee: | Yes that is downstairs correct. |
| Co-Investigator: | And so you're a floor higher. |
| Interviewee: | Yeah we are in the hotel side, on the second floor. |
| Interviewer: | Okay so this was the Friday night they were in the terrace, approximately ten, ten thirty p.m. my understanding that there were a number of students at this event as well as Alum and members of the faculty and staff. And the way it's been described is that it was an event where the student's kind of get to engage and have some food and- |
| Interviewee: | So it was in the Marriott center, downstairs on the first floor of the hotel, I was there with my wife and the rest of the faculty, yep but was not on the terrace so we were downstairs in the Marriott center and in front of the lounge the student lounge where they do the mailboxes. |
| Interviewer: | Okay. |
| Interviewee: | I remember seeing Guiseppe, I remember seeing the entire administration I unfortunately do not know the young lady's that we're speaking of right, the name or last name does not recall of the um, there was a lot of students cause they were working at the event those were the workers and I can't recall... |
| Co-Investigator: | So I would ask if you don't recognize the lady you wouldn't have clicked that that's her. |
| Interviewee: | Right yeah yeah. |
| Co-Investigator: | Did you see any interaction physical or verbal between any faculty member and student that made you sort of wince? |
| Interviewee: | No, no absolutely not. No. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

86 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | And particularly with respect to Guiseppe, and I'll refer your attention to the entire HEC weekend, help me understand how many times you may have encountered Guiseppe during that weekend. |
| Interviewee: | A lot, a lot. He regular visits the kitchen and brings guests into the kitchen to show them our kitchen. |
| Interviewer: | Okay, so then let's focus not just on the kitchen but are you or do you have a recollection of how many times you encountered Guiseppe not when you were in the kitchen but more when you were out socializing with student, faculty, staff, guests. |
| Interviewee: | You know the only time I was socializing was Friday, the rest of the time we were working, Friday morning I was working on the event helping Saturday I was working and so I was cleaning up, so I was in the kitchen the entire time. The only time I interacted with Guiseppe outside of my work schedule was on Friday when I was with my wife and Guiseppe talked to my wife about our newborn son and that his little bambino and stuff like that and that was the extent of it. |
| Co-Investigator: | Congratulations on the child. |
| Interviewee: | Thank you very much, about to be six months on the sixteenth. |
| Interviewer: | So help me understand a little bit about the encounter between you, Guiseppe, and your wife so where were you and let's start there. |
| Interviewee: | Yeah so we were, I cannot recall there was on the Marriott center or in front cause we were bouncing back and forth they have food on both sides so we were tasting all the food. But we was either the Marriott center front and we just like always my Guiseppe said hi to my wife, my wife said hi to Guiseppe I had seen Guiseppe during the day in the kitchens with the event. We discuss about my newborn son, he gave some words of encouragement and that was the extent of it. |
| Interviewer: | Do you recall if anybody else was engaged in the conversation closely located to you during that conversation? |
| Interviewee: | Um we came in with my fellow co-worker my peer Tony Vesco and his wife like we carpooled together so they would have been with us there other than that there was a lot of faculty there. It was kinda dark so I don't recall anybody else if would have to picture myself back in there I think Heather Kolakowski might've been there as well which is the HEC lead staff um faculty instructor. She obviously was saying hi to everybody and making sure the students were doing what they were supposed to. |
| Interviewer: | Do you recall whether or not during the period of time when you and your wife were speaking with Guiseppe, if at any point a student joined the conversation? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

87 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Students were all around they passed hors d'oeuvres they were with us, like amongst us, so yes I recall students passing hors d'oeuvres. I know when Guiseppe was speaking to my wife about my kid that was all, we were just all three of us yes. |
| Interviewer: | Do you recall whether or not you at any point were in kind of like a conversational circle with Guiseppe again that night. Other than what you've just described. |
| Interviewee: | No, honestly I don't, I don't recall. We were pretty late, I mean we were the last, me and my wife and um the Vesco's which again we carpooled we were the last ones to leave so I don't recall seeing Guiseppe again. |
| Interviewer: | And just for clarification purposes when you, your wife, and Guiseppe were speaking was Chavesco and his wife also present and engaged in the conversation? |
| Interviewee: | When me and my wife and Professor Guiseppe? No it was just us three he was just talking to us about the, again my son, and giving us a word of a... I got two girls before that so he's knows that so we finally got the boy so he was giving us a word of encouragement. |
| Interviewer: | All right, just give me one second okay? |
| Co-Investigator: | So that's three children for you now. |
| Interviewee: | Yes three children. |
| Co-Investigator: | Oh that's good, thank you very much for your time and patience. |
| Interviewee: | Six, three and well six about to be four, and then the almost six month old. |
| Co-Investigator: | Six about to be four? |
| Interviewee: | Yeah, no the three year old about to be four next month, so she'll be four years old next month. And then the six month old boy. |
| Co-Investigator: | Our kids are about forty and our granddaughter's eight. |
| Interviewee: | Wow. |
| Co-Investigator: | Yeah well I'm an old guy. |
| Interviewer: | Sorry I'm gonna ask that we, just for the purposes of the recording now we just don't have... |
| Co-Investigator: | Just be quiet? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

88 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | No well we can talk about the investigation but I just... |
| Co-Investigator: | Sorry, my fault. |
| Interviewer: | No it's okay. Do you have questions for him relative to the investigation? |
| Co-Investigator: | No thank you. |
| Interviewer: | All right. Um do you have any questions for us? |
| Interviewee: | No. Do you want me to see a picture of the student to see if, if you, if I can recall? I mean I don't, seeing her right because she wasn't with us interacting but maybe I recall her being a waiter a waitress and being in the vicinity. |
| Interviewer: | Let me ask you this are you sure that during your conversation with Guiseppe there was not a student engaged... |
| Interviewee: | Absolutely not, me, my wife and Guiseppe was the private conversation we were having. |
| Interviewer: | Okay, well then I don't think we need to show you that photo but thank you for offering. Okay um I don't have any other questions for you right now, and if you don't have any questions for us, okay so next steps like I said we are gonna send forward the transcriptionists this matter for you to review there is no particular rush we usually ask folks to get it back to us in two or three days but if you need more time just let us know. And you should get that, I would say tomorrow but if not tomorrow Monday. |
| Interviewee: | Okay, no problem. Know that on Tuesday I'm taking a personal day so if it does come on Monday it will probably be Wednesday or Thursday before you do receive that answer. |
| Interviewer: | That's perfectly fine. |
| Co-Investigator: | Would it be your advice to him to try not to talk about having had this interview to other people? |
| Interviewer: | Yup so, um... |
| Interviewee: | It was in the original email so. |
| Interviewer: | So right we'd reiterate um our request that you do your best to keep this matter as confidential as possible I also want to talk to you, describe for you the Universities prohibition, again with retaliations so the University strictly prohibits any behavior that is retaliatory and retaliation is defined as any adverse action taken against a person for their participation in an investigation of this kind. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

89 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | An adverse action can be intimidation, it could be threats, we don't expect that to happen but it can also be something as simple as you know if you share something that's harmful to me or that isn't consistent with what I've said then I'm going to take steps to affect your ability to teach here or to work here. That prohibition protects you as somebody whose participated as a witness in this case but it's also something that we expect you not to engage in. And we say that to everyone. |
| Interviewer: | If you feel as if you've experienced any form of retaliatory conduct then I would encourage you to let us know right away, the University take retaliation as serious as it does other forms of prohibited conduct because retaliation is the reason why folks don't come forward and why they don't participate. And we want people to be able to do that safely. |
| Interviewee: | Absolutely. |
| Interviewer: | If anything comes up if you have questions please do not hesitate to reach out. |
| Interviewee: | Good. |
| Interviewer: | Thank you for your time today. |
| Interviewee: | Anything else I can do anything else that you need form me please let me know. |
| Interviewer: | I appreciate that. |
| Interviewee: | If I recall something different I will let you know but, this is my account. |
| Interviewer: | Thank you. |
| Interviewee: | Thank you very much. Have a great day. |
| Co-Investigator: | Thanks for your care. |
| Interviewee: | Have a good one. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

90 of 141

Private
Distribution Not Permitted - See Policy 6.4