# EXHIBIT "L"

| | |
|---|---|
| Interviewer: | Okay this is 20181900, interview of Doug Miller. Hi, Doug, I'm Chantelle. Hi, is it okay if I close the door behind us? |
| Interviewee: | Sure, please. |
| Interviewer: | Okay. |
| Interviewee: | I filled out the paperwork. |
| Interviewer: | You're the best. |
| Interviewee: | Signed the Greek affiliation. |
| Interviewer: | I'm sorry that I... No Greek affiliation, no you're not in a fraternity? No, okay. |
| Co-Investigator: | Are there? |
| Interviewer: | Yeah, it is for students. Well thank you for coming in today, I very much apologize for keeping you waiting. My name is Chantelle Cleary, I'm the University Title IX Coordinator. I'll let Jery introduce himself. |
| Co-Investigator: | I'm Jery Stedinger, I'm a faculty member in Civil and Environmental Engineering. One when one of these processes comes up, that someone files a complaint that involves a faculty member, they employ a co-faculty investigator to... makes people happy I guess, sometimes. I did this once before, and then sometimes a faculty member has a better understanding of how people are functioning than Chantelle, who's really good at this. |
| Interviewer: | Oh, thank you. So, I appreciate you coming in today. So my job as the University Title IX Coordinator is to implement University policy 6.4, which is the policy that sets forth the University's prohibition against sexual or related misconduct. That includes sexual harassment, sexual assault, dating violence, domestic violence, and stalking. And so when my office receives a complaint that a member of our faculty or another community member, in this case it's a faculty, has engaged in conduct of that kind, we conduct an investigation. |
| Interviewer: | We have reached out to you because it's our understanding that you may have some information that is relevant to the matter that we're investigating. So my hope is that today you'll be willing to speak with us and if you have information, you'll be willing to share, and if you don't, that's okay too. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

91 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Whenever we interview folks we do record the conversation. We do that to document. At the conclusion of our conversation today if you do share information that's relevant, we will transcribe it and we'll send it out to you. The transcript will be accompanied by a form and on that form you can make changes to the transcript as you see fit. So for example, if there's a typographical error, or the transcriptionist heard she when you actually said he you can note that. Or, if you look at something and you're like, "You know what, I did say this, but I should have offered the following clarification." You can put that there as well. If you provide information that's relevant, the parties of the complaint will be advised of the information that you shared and also that you've shared information because the parties have a right to that information in this process. |
| Interviewer: | Do you have any questions? |
| Interviewee: | No. |
| Interviewer: | Are you sure? |
| Interviewee: | Yes. |
| Interviewer: | Okay. So, do you know why you're here today? |
| Interviewee: | I think it's involving a case with a faculty member. |
| Interviewer: | Yeah, do you know which faculty member we're interested in? |
| Interviewee: | I think it's Giuseppe. |
| Interviewer: | Yeah, okay. Help me understand your understanding of the complaint, if you have one. |
| Interviewee: | I don't. So I don't know a lot about the complaint. All I know is the individual approached me, because I teach one of her classes. Approached me, I actually wrote the dates down, on April 19th. That she felt uncomfortable about being... so in the Hotel School, they manage the restaurant for one night. So their management night. So she was at the door, and she said, "Oh, I feel uncomfortable if he's around my management night." Which was the following week on April 26th. She said she felt a... she said, what did she say? She felt that he harassed her, I didn't ask details, I didn't want to know details quite frankly. And I said, "Oh, have you made people aware of it?" She said, "Yes. I just filled out the paperwork. I'm working with someone a..." Someone in the law school advocate or somebody to help fill out the paperwork and it's okay now that I'm aware of it, being brought to my attention, I'm part of the process. But I wanted |

Final Investigative Record
(20181900)
Distributed November 8, 2019

92 of 141

Private
Distribution Not Permitted - See Policy 6.4

to make sure that she's seeking whatever avenue that she wanted to seek. I then let Dean Susskind know that Saturday, just to make sure, and he was not around on the 26th on her management night.

Interviewer:     When you say he?

Interviewee:     Giuseppe.

Interviewer:     Okay. And I'm gonna take another step back. When you say the individual approached you, and you refer to as her, can you just us her name?

Interviewee:     ████, I cannot remember her last name.

Interviewer:     Okay, but ████ is her first name.

Interviewee:     Mm-hmm.

Interviewer:     Okay, other than the conversation that you've described, have you had any other conversations with anybody about ████ report?

Interviewee:     No. Except for Dean Susskind, yeah.

Interviewer:     Okay, and-

Co-Investigator: Did you have a conversation with him?

Interviewee:     I just had a conversation with him. He did not disclose any details. The only conversation I said is that, "she feels very uncomfortable if he came around on her management night, who should that go out to?" Because I didn't want to go to him directly, so he said he would handle it. And that was the extent of that.

Interviewer:     So that was the extent of your conversation with Dean Susskind?

Interviewee:     Yep.

Interviewer:     Okay. I'm going to draw your attention back to... let me get the date, I'm sorry I don't know off the top of my head. I should by now. On or about March 15th, it was a Friday night and it was the HEC night. Does that sound right?

Interviewee:     Yep.

Interviewer:     Were you present that Friday night?

Interviewee:     Yep.

Final Investigative Record
(20181900)
Distributed November 8, 2019

93 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | And can you help me understand a little bit about the event that night? |
| Interviewee: | Sure. So, HEC has been going on for, actually I have it here, Finding Synergy, it's its 94th year. It's a student run event and that Friday night is a dinner-reception that has faculty, staff, alumni, engaging, conversing, things of that nature. |
| Interviewer: | With whom? |
| Interviewee: | With each other. They're conversing with each other. |
| Interviewer: | Okay, and what are the students roles in that day? |
| Interviewee: | There are some students that get invited. Some of the leaders of the school. There are quite a few students that work the event. In fact, for my class, we gave extra credit if you worked the event. I think they had like 500 volunteers this year, all those students. So there's students all throughout it, because there's a whole student board. So there's the executive chef, he's a student, ex cetera down the list. |
| Interviewer: | So the Friday night event this year. Were you present? |
| Interviewee: | Mm-hmm. |
| Interviewer: | And were you present as... that's a vague question. Were you working or were you enjoying? |
| Interviewee: | Engaging. Because I go as a faculty member, typically since we have a lot of alumni there. My role is to, and this is what I did that Friday night, engage with alumni. Engaging new students or faculty with alumni, so. |
| Co-Investigator: | Engaging new students with alumni? |
| Interviewee: | Yes. Some, so if I know if there's a particular one there from a particular field and there's a current student, I try to link them together for potential whatever. And then also for, allow the alumni and industry leaders that come to the event, seeing what's going on in the industry, so to me it's work. Because you're working the ropes, quite frankly. So that's what the Friday night was. A stand up reception. |
| Interviewer: | Help me understand stand up reception. |
| Interviewee: | So it was, instead of being seated at a table, everybody's mainly walking around stations, things of that nature. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

94 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Okay and at this particular event do you recall whether or not you encountered or observed Professor Pezzotti there? |
| Interviewee: | I saw him there. Yeah, I saw him there. I'm sure I spoke to him, I'm sure I did. |
| Interviewer: | And what about █████? Do you- |
| Interviewee: | I don't remember seeing her. I don't remember seeing her there. |
| Interviewer: | Okay. |
| Co-Investigator: | You would know her if you saw her? |
| Interviewee: | Yes, yeah, because she's a current student, yeah, yeah. |
| Co-Investigator: | So if she was there, you'd know her. Well, I don't even know all my students. You would know her and you didn't see her, okay. |
| Interviewee: | Yep, yeah. |
| Interviewer: | Okay, so you don't recall seeing her that night? |
| Interviewee: | No. |
| Interviewer: | Do you recall making any observations of Professor Pezzotti that you think are important to share with us? |
| Interviewee: | I'll have to say because he knows a lot of the alumni, he spends a lot of time talking to alumni. He's, to use the phrase again, really working the ropes. And very engaging with a lot of the alumni. |
| Interviewer: | Did you see him interacting with any students? |
| Interviewee: | Yes. It's impossible not to interact with students, because they're everywhere. |
| Interviewer: | They're everywhere. And anything about any of the observations that you made on this particular night of Professor Pezzotti that you think are important to share with us? |
| Interviewee: | No, I think, you ask about engaging with students, because you have students serving you. And we all know a lot of the students, so obviously conversations come up with students because they're physically serving you. I would just have to say he, as he always is, is very engaging. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

95 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Help me understand engaging. |
| Interviewee: | Well, engaging, so one of the things he has, since he's been teaching at this school for so long, he knows a lot of the alumni. And so, because quite frankly a lot of them had him as students. So that's what I mean by engaging. Where there's some faculty who might be new, who don't know people, they stand in the corner. Where as since he's been around for so long, he can engage with a lot of the people in the room. |
| Interviewer: | Okay, how long have you known Professor Pezzotti? |
| Interviewee: | Three years. Ah, actually I'd take that back. I've been teaching here for three years, I've known him for about five, because I knew him before I got here. |
| Interviewer: | Okay. And what if anything you're able to tell us about... Your observations of him and his interactions with students that are physical, if any. |
| Interviewee: | None. No. I know he engages with a lot of students. Through class, and not in class, and also because we have advisees. And he's always very, very supportive of all the different student groups and making sure jobs, or activities, or things that nature. But that's about it. |
| Interviewer: | How would you describe the way he interacts with students? |
| Interviewee: | I would have to say, one, from a caring standpoint. Because he does want to make sure they succeed, whatever success means to them. I would have to say that he's also... He's always insightful to students. Partially because he's been around teaching for the school for a very long period of time, but he is very much a professional. |
| Interviewer: | Tell me- |
| Interviewee: | What I mean by being a professional is he... how do I say professional. I understand it in a hospitality sense. Well, so, he always wants to help support the students and give them advice, career advice, on where they should go, jobs. And he's also very helpful on connecting students with jobs through his alumni network. And he's also very good of having alumni that he knows come back into the classroom, to help out in the classroom. And he's always... he always has... he's always been willing to engage with students. There are some faculty members, they don't want to engage outside of the classroom. They walk in, they walk out, that's it. |
| Interviewer: | That's the end of it. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

96 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Yeah, where he's always there to help support students in the variety of different roles they might have. |
| Interviewer: | Okay. In your interactions with, and observations of, Professor Pezzotti, and I may have asked this question and I just want to make sure I ask it clearly. But, have you ever noticed him engaging in any physical contact with students? Whether that is a tap on the shoulder, a hug, a pat on the back, anything like that. |
| Interviewee: | The problem with that question is, yes there is, because in the hospitality industry there is, for various different reasons why. |
| Interviewer: | Tell me why. |
| Interviewee: | Like one, in... For sometimes, it's even for a safety reason, where you touch somebody in the back so they know they're behind you. Or things that nature, like a common phrase in kitchens and restaurants is to say "Behind." So, in that nature, yes. |
| Interviewer: | Okay, what about not in ways that are necessary for safety purposes? |
| Interviewee: | I'm trying to think, have I ever seen him even give a hug to a student? If it's like a graduation or celebrating something, that's about it. Not on a regular basis, no. Yep, yep. |
| Interviewer: | And again, with respect to this event on Friday, March 15th. Honor about Friday, March 15th. Any observations of Professor Pezzotti hugging folks, touching folks, whether it's students, alumni, or people who you weren't sure who they were? |
| Interviewee: | Alumni, yes, because alumni will want to hug him. So I think a lot of that is a mutual thing. It's not like he's out to hug somebody, opposed to the mutual affection of alumni doing it both ways. |
| Interviewer: | How do you know that? |
| Interviewee: | Because I know, so, for example, where was I? I did an alumni event in Denver a month ago, and I think half the alumni asked, "How is he doing?" |
| Interviewer: | But focusing back in on the 15th, did you see him engaging physically with anybody that night? |
| Interviewee: | Not that I can remember. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

97 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Co-Investigator: | How much time were you where he was, or was there- |
| Interviewee: | Hit and miss, it was hit and miss. Because, being a stand up reception, we're all trying to work the ropes and talk to different people, so how long was the event? Three hours, roughly four hours, maybe. I don't know, five minutes, ten minutes. |
| Co-Investigator: | So you actually sit and talk with him for like five or ten minutes? |
| Interviewee: | Total. It's like a passing, and then you go meet somebody else in passing. I think he was there when we had a conversation talking about casinos in Las Vegas for a couple of minutes with a couple alumni. |
| Co-Investigator: | Right, so it wasn't like you were with him for a long length of time? |
| Interviewee: | No, no. |
| Co-Investigator: | You were in the same room and chatting when you happened to- |
| Interviewee: | Yep, yep. And that was per chance, by chance. |
| Interviewer: | So there were points where you were directly engaging with him? |
| Interviewee: | Mm-hmm. |
| Interviewer: | And then were there also points throughout the night where you had an opportunity to observe him and did in fact observe him talking to folks or eating or whatever it is you do in a stand up-? |
| Interviewee: | Probably. Don't recollect a specific moment. Probably. It's a good sized space and there's actually two separate rooms. So there's... So the bottom of the hotel school has two separate rooms. So that's where you don't necessarily see people, if they're in the opposite room. |
| Co-Investigator: | How many people would you estimate there were altogether? |
| Interviewee: | Oh, gosh. This year's HEC, I don't know, by the time you throw in faculty, staff, two to three hundred. |
| Co-Investigator: | Yeah, two or three hundred so not everybody's [crosstalk 00:15:26]. |
| Interviewee: | Yeah, yes, yeah. Two or three hundred people, yeah. |
| Interviewer: | Okay, and shifting gears a little bit. What has been your interactions with ████ |

Final Investigative Record
(20181900)
Distributed November 8, 2019

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | So, as a student, they just had her management night. After being aware of the situation, I know some of the students were like, "Oh, she has a lot on her plate." Because it's a group assignment. Lucky we have an extension on the final assignment, because she has a lot on her plate and I didn't delve into why or what, because I didn't really want to know but I kind of suspected it was this. Interesting statement that she made, so, the week before the management night. I have the next night, so they plan out a menu, and all the recipes. Having explained what's coming up next week, I almost something to her, she's like, "Oh, our dishes are so that you white people can understand them." |
| Interviewer: | What? Go back. |
| Interviewee: | So, I have them describe their specials. So I say give us a tasty tidbit about what we're going to have next week. And they're going like, "It's our journey from China, because we're all emigrants from China to the United States. And these are the dishes." One was like, what was their night called, miso spicy, something to that effect. I can look it up actually. And they're going what their dishes were, and she said, "Oh, don't worry, these dishes are so that you white people can understand them." And I was like, "Ehh." Because one of my big things is authenticity recipes, if you're going to do a particular cuisine it needs to be authentic. That was not the right thing to say. |
| Interviewer: | Understood. |
| Interviewee: | That was not a good thing to say. |
| Interviewer: | Okay, all right, anything- |
| Co-Investigator: | Do your students make mistakes of that character very often? |
| Interviewee: | I think, well, one of the things we've been working on is students... There's that challenge that students have with their dishes and authenticity and how does it fit in? Do students usually say that? No they don't. That's why I was kind of like, "Uh, not a good statement to say." Because it kind of stood out. And I think there were some other students that were like, "Okay, now what do we do?" Even meanwhile the menu had like, avocado toast with sriracha. Which is a not really authentic dish, but anyway. |
| Interviewer: | Anything else you think we should know? |
| Interviewee: | No, I think that knowing Giuseppe for the last five years, yeah he's a constant professional. And very welcoming, yes. |
| Interviewer: | Help me understand welcoming. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

99 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | So before I even got here, making sure that, and he does with all the faculty, making sure that they're welcome to the school and do you have any questions and let me introduce you to this person, let me introduce you to that person. So, he's always looking out to help grow and build the school. So. |
| Interviewer: | Thank you. |
| Interviewee: | You're welcome! |
| Interviewer: | Do you have any questions for us? |
| Interviewee: | I don't. |
| Interviewer: | Perfect. |
| Interviewee: | I don't. How long before the transcript? |
| Interviewer: | Usually a couple days. |
| Interviewee: | That's fine. |
| Interviewer: | And you get to it when you get to it, but not too long. Usually, we'll say, "If you get back to us in a week." And if you need more time, that is- |
| Interviewee: | Yeah, it'll be next week. Excellent. |
| Interviewer: | All right. Thank you so much. I appreciate your help. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

100 of 141

Private
Distribution Not Permitted - See Policy 6.4