# EXHIBIT "M"

| | |
|---|---|
| Interviewer: | Now that you've met Jery, I'll introduce myself more formally. I'm Chantelle Cleary, I'm the university Title IX Coordinator. And so, you're an RA? |
| Interviewee: | Yes. |
| Interviewer: | You have an idea of what my office does, correct? |
| Interviewee: | A little bit, yeah. |
| Interviewer: | Okay, great. |
| Co-Investigator: | What's an RA? |
| Interviewer: | Resident Assistant. |
| Interviewee: | [crosstalk 00:00:15]. Yeah. |
| Co-Investigator: | Okay. |
| Interviewer: | Or advisor. Resident Advisor. |
| Interviewee: | I'm not really sure. One of the two. |
| Interviewer: | What year are you? |
| Interviewee: | I'm a senior. |
| Interviewer: | Okay. Congratulations. |
| Interviewee: | Thank you. |
| Interviewer: | Just a couple more ... You're done, actually. |
| Interviewee: | Yeah, I am done with class. |
| Interviewer: | Congratulations. |
| Interviewee: | Thank you. |
| Interviewer: | Thank you for coming in ... |
| Interviewee: | Of course. |
| Interviewer: | ... in this very exciting time and spending some time with Jery and I. Jery and I are currently investigating a complaint that was filed with my office against a |

Final Investigative Record
(20181900)
Distributed November 8, 2019

101 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| | member of the faculty at the Hotel School by another student. Do you know what I'm talking, do you have any idea what I'm talking about? |
| Interviewee: | No idea. |
| Interviewer: | As you may know, my office is responsible for investigating reports by members of the Cornell community against members of the Cornell community involving any form of sexual or related misconduct. That include sexual harassment or sexual assault, or dating violence, or domestic violence. As a part of our investigations, we often reach out to folks who we think may have information that would help us get a better understanding of what occurred. And so, that's why we've reached out to you today. |
| Interviewee: | Okay. |
| Interviewer: | As you can see, we're recording the conversation. We do that so that we can actively listen to you. We also are going to transcribe this recording if the information you share with us is relevant or important to our investigation. You'll have an opportunity to review that transcript and to make corrections if need be. |
| Interviewee: | Okay. |
| Interviewer: | We'll send you the transcript via Cornell Dropbox along with a form and that form will walk you through how to make corrections if necessary. |
| Interviewee: | Okay. |
| Interviewer: | Okay? If you have questions you can just call and we can help. |
| Interviewee: | Great. |
| Interviewer: | Whenever we meet with folks, we ask that the information they share be truthful to the best of their ability. If you don't know the answer to certain questions that we ask, that's totally okay. |
| Interviewee: | Okay. |
| Interviewer: | Okay? Before I share a little bit about what we'd like to speak with you about today, do you have any questions for me? |
| Interviewee: | No. |
| Interviewer: | Okay. Are you familiar with a student by the name of ▇▇▇▇▇? |
| Interviewee: | Yes. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

102 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Okay. ▬ has filed a complaint against Professor Giuseppe Pezzotti. |
| Interviewee: | Okay. |
| Interviewer: | She's alleging an interaction that she believes violates the university policy that occurred on Friday March 15th at the HEC Night. |
| Interviewee: | Oh, okay. |
| Interviewer: | Okay? Do you know what I'm talking about? |
| Interviewee: | I don't know specifically what you're talking about. But yeah, I can definitely probably answer some questions for you, because I [crosstalk 00:02:34]- |
| Interviewer: | Okay. |
| Co-Investigator: | What's your major? |
| Interviewee: | I'm a Hotelee. |
| Co-Investigator: | Okay. |
| Interviewee: | Yeah. |
| Co-Investigator: | Do you know ▬? |
| Interviewee: | Yes. I don't know if I should just start speaking? |
| Interviewer: | Share whatever you think is relevant. |
| Interviewee: | Yeah, so I am on the Board of Directors for HEC, which is this conference, and ▬ was my assistant director. |
| Interviewer: | Okay. Help me understand what, if any, interactions you had with ▬ Friday before the event, Friday night, and then anytime during the event and after the event. |
| Interviewee: | Yeah, so I don't know specifically when she came in that day. It was probably around ... it was probably before noon because we started setting up for the event around noon. She was pretty involved with the setup process of the event. I run the design team, so we work decorating the spaces, working with the lighting company, things like that. Yeah, I don't remember anything specifically besides she was just very helpful. Then they went to dinner. They did an employee dinner and then I know she worked the event. She was just floating around, making sure everything was okay, helping out with volunteers. Then that night she was supposed to stay until 11 PM or midnight to do |

Final Investigative Record
(20181900)
Distributed November 8, 2019

103 of 141

Private
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
| | cleanup, because it's a pretty intense cleanup. We need to get the space finished by midnight to get back to Statler. |
| Interviewee: | I remember she asked me if she could leave early. She said something, I believe she said something with happened with her family. She definitely said it was a personal reason. And so, I said, "Yeah, that's no problem. You can leave early. I'll figure it out. We'll get coverage or whatever. We'll get it done without you." Then she left that night, early. Then I said, "Are you still able to come in tomorrow morning at your assigned time?" She said, "Yes, no problem." Then she came in the next day at her assigned time. And so, that day we were focused on setting up for the gala dinner, which was that night on Saturday night. I remember she wasn't being super helpful like she normally is. And so, I was a little concerned. I mean, I was mostly concerned because we needed the setup to get done, and I needed bodies, and people who knew what they were doing. |
| Interviewee: | Then, so I sent all of my assistant directors and managers to get employee lunch. Then afterwards they all came back to the ballroom to continue with the setup, except for ▇▇▇ And so, I asked the people who went to lunch with her where she was, and they were like, "Oh, she's taking a nap in the lounge." I'm like, "That's odd. She didn't tell me that." Then I went downstairs to the lounge, and I saw her. She wasn't taking a nap, she was on her computer. She was submitting an assignment for her culinary class. I was like, "▇▇▇ what's up? We need to be setting up." She said, "Oh, I'm submitting this assignment for my culinary class." I was like, "Oh, okay." I'm like, "I heard that you were taking a nap." She said, "Oh, I was going to be taking a nap." She's like, "But then I realized I have to submit this." I was like, "Okay. Is everything okay?" |
| Interviewee: | She said, "Yeah." And so, she submitted the assignment. Then I never saw her, and then I was walking through the hall and Mrs. Kolakowski, our faculty advisor pulled me into her office and she's like, "Sarah, I need to talk to you." I said, "Okay." She said, "Something happened with ▇▇▇ but I can't share any details.", or something. She's like, "But can you just be a little nicer to her and go a little easy on her?" I said, "Okay." I trust Mrs. Kolakowski normally, that's fine. And so, then I just went on the night not relying on ▇▇▇ as heavily as I would have. She did show up to the events, and was helpful. I just didn't rely on her as much because I didn't really know what was happening, but I knew something had happened. |
| Interviewer: | Okay. If it's okay with you, I'm going to take a step back. |
| Interviewee: | Okay, yeah. I know I just shared a lot. |
| Co-Investigator: | Good job. |
| Interviewee: | Thank you. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

104 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | You did really good. Yeah. First I want to ask you how often have you had the opportunity to work with ▮ prior to this event? |
| Interviewee: | We met once a week since August, September. |
| Interviewer: | Help me understand, "I didn't rely on her as much as I normally would have." What did you mean by that? |
| Interviewee: | Normally, since she's my assistant director, she's my right hand person, so she's in charge of making sure that the managers are doing what they're supposed to be doing and checking spaces, and so I don't have to go in and check the spaces. But I treated it almost like she was absent, and then I went and just did the work. |
| Interviewer: | Okay. You also said she wasn't helping the way she normally would have. Can you help me understand what you meant by that? |
| Interviewee: | Just physically being present. Normally I didn't have any issues with her not being present when she was supposed to be, and then when she was missing throughout the weekend, I was ... it was just different than when she normally is. |
| Interviewer: | Tell me more about different. |
| Interviewee: | Mostly just physically present. Usually when she's there she's pretty social with everyone, talking with everyone and doing what's she's supposed to be doing, whereas I felt like during after Friday I had to give her more clear directions rather than her taking initiative to do things. |
| Interviewer: | Okay. All right. Going back to Friday. You said at some point she approached you and asked if she could leave early. Can you help us understand a little bit more about that conversation? |
| Interviewee: | Mm-hmm. I was in our design team room, which is the club room in Statler, I don't know if you know where that is. But we ... The event ends at 10, 10:30, and so it was around that time, and we were breaking down the event pretty rigorously, and I remember I was pouring out vases of water, and she approached me and she's like, "Hey Sarah, something just happened with ... " I can almost swear that she said with her family. She said, "Something happened with my family, it's a personal reason and I really don't feel up to staying and helping, and I don't think I'll be very helpful. Would you mind if I take off?" She's like, "I think the event is pretty under control and you have a lot of hands here." I said that I was fine. |
| Interviewer: | Can you share with us a little bit about her demeanor? Do you know what I mean when I say that? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

105 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Yes. Honestly, it was really stressful and chaotic at the time, so I don't know if I can specifically remember it. It definitely ... I remember I, my first thought was that I thought a relative had died, so maybe that's why I'm thinking she said family. She just seemed a little bit upset. She's usually very chipper. And so, she just seemed a little bit somber and sad. I remember I just thought that a relative had died, which is why I asked if the next day she would be able to come in, because if there was a death in the family and she had to deal with that, then the next day she might not be able to come in. |
| Interviewer: | Okay. I heard you say a couple things. One is, "I'm almost sure that she said something happened with her family." Then I heard you said, "She looked upset," and I'm paraphrasing. "and so, that's why I assumed that it was something with her family." |
| Interviewee: | Mm-hmm. |
| Interviewer: | Do you have a recollection when you're sitting here now as to whether or not she actually said it was, "Something happened with my family?" |
| Interviewee: | I really can't recall. |
| Interviewer: | Okay. |
| Interviewee: | Sorry. |
| Interviewer: | Can you help us understand your recollection about ... That's a bad question. Give me a second, I want to ask this clearly. Okay, so what I'm hearing you say is that you're not sure whether or not she mentioned her family as the reason for her needing to leave. Is that accurate? |
| Interviewee: | Correct. |
| Interviewer: | Okay. |
| Interviewee: | I definitely recall her saying that it was a personal reason though. |
| Interviewer: | Okay. Are you also, as you sit here today, sure that she appeared to be, I think the words you used were sad and somber? |
| Interviewee: | Yes. |
| Interviewer: | Okay. Help me understand what it was about ▮▮when you're interacting with her that made you feel like she was sad and somber? That's hard to do. |
| Interviewee: | Yeah. She definitely was not crying. I know that. I guess just her tone of voice. Yeah, it was a busy day so I really can't remember anything specific. But yeah, I |

Final Investigative Record  
(20181900)  
Distributed November 8, 2019

106 of 141

Private  
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| | think most like her tone of voice, I think it was a bit quieter than it usually is. She's pretty, not like a loud person, but strong spoken. |
| Interviewer: | Okay. All right. Now, going into Saturday. What time was she supposed to be back at the event location? |
| Interviewee: | 11 AM. |
| Interviewer: | Do you recall whether or not she showed up on time? |
| Interviewee: | Yes. |
| Interviewer: | Okay. |
| Co-Investigator: | She did show up on time. |
| Interviewee: | She did, because I remember I thought she was supposed to show up at nine AM, and I texted her, "Where are you?" Then she goes, "My shift doesn't start until 11." Then I realized I had read the calendar wrong and she was there at 11. |
| Interviewer: | Okay. Any interactions with ▆▆ between the time she came and the time you sent your staff to lunch? |
| Interviewee: | No. She was actually pretty absent from the setup for the gala event. |
| Interviewer: | Tell me more about that. |
| Interviewee: | I was in the ballroom setting up for the event, and the rest of the team was there and I do remember saying, "Where is ▆▆? Where is ▆▆?" But things were so busy that I didn't take the time to actually go and find where she was. |
| Interviewer: | Okay. |
| Interviewee: | But yeah, we have records that she checked in to the HR room. |
| Interviewer: | Okay. Sarah, can you tell me a little bit about your interaction with ▆▆ when you went to locate her in the lounge? |
| Interviewee: | Yeah, so she was slumped over. She had her computer in front of her. I just remember being like ... I mean, I was a bit upset because I honestly had forgotten what happened the night before and I was expecting her to be helping out. I was like, "▆▆, what are you doing?" She's like, "Oh, I'm submitting my culinary report." I was like, "Oh." I'm like, "How long is that going to take?" She's like, "Oh, well I'm just doing it right now." I'm like, "Oh. I heard you were taking a nap." She said, "Well, I was going to, but then I decided not to." I was like, "Okay, will you be able to come and help us after this is over?" She said yeah. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

107 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | What's a culinary report? |
| Interviewee: | Like for the culinary class. |
| Interviewer: | Was that related to what she was supposed to be doing right then and there? |
| Interviewee: | No. |
| Interviewer: | Okay. |
| Interviewee: | School work. |
| Interviewer: | Okay. This is going to sound like a funny question, but did you actually see her computer screen to know that she actually was doing what she said she was doing? |
| Interviewee: | No. |
| Interviewer: | Okay. |
| Interviewee: | I saw her, because her computer screen was up, but I didn't see what was on it. |
| Interviewer: | Okay. Do you have any way of knowing for sure whether or not she was actually working on a exam ... |
| Interviewee: | No. |
| Interviewer: | ... or a class assignment? |
| Interviewee: | No. |
| Interviewer: | Okay. Can you help us understand ▆▆▆ ... You mentioned she was slumped over. Can you help us understand her demeanor during this interaction with her? |
| Interviewee: | She seemed very tired and lethargic, which is why I remember I asked about if she was going to be taking the nap, because it almost seemed like she needed to, physically. But then she said she didn't want to. |
| Interviewer: | Okay. Any further interaction with ▆▆ the rest of that day? |
| Interviewee: | Not anything outside of the scope of HEC. I would tell her to do specific things for the rest of the events, and she would do them. |
| Interviewer: | Okay. Going back now to Friday night. |
| Interviewee: | Okay. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

108 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | During the event, particularly the portion where students, faculty, staff and alumni were all in the same space, did you have an opportunity to see Professor Pezzotti? |
| Interviewee: | No. |
| Interviewer: | Okay. |
| Interviewee: | I didn't see him. |
| Interviewer: | All right. Did you see him at all that weekend? |
| Interviewee: | Yes. |
| Interviewer: | Tell me more about that. |
| Interviewee: | He's one of my professors. I have him in two of my classes right now. Yeah, I interacted with him during the day at the programming events. My parents came to the weekend, and so I introduced my parents to him. They interacted a lot. Then I saw him at the gala dinner at the end. Oh, and I had lunch with him on Saturday afternoon, we had lunch. |
| Interviewer: | Okay. You said you saw him throughout the day. Which day? |
| Interviewee: | Friday. |
| Interviewer: | Okay. Then let me ... You didn't see him at the event at all Friday, just to be clear. |
| Interviewee: | I did not see him Friday night. I saw him Friday during the day. |
| Interviewer: | Okay. Then moving to Saturday, when you all were setting up, so between 11 and the time ... Strike that. Did you go to lunch with Professor Pezzotti at the same time your team went to lunch? |
| Interviewee: | No. |
| Interviewer: | Okay. Tell me when you went to lunch. |
| Interviewee: | They went to lunch probably around noon. I went probably around two. We went to employee dining, so it's separate from where the guest dine, so it was in Max. Me and a few of my friends, and Giuseppe, Professor Pezzotti, we all sat down at a communal table and we got lunch. I never had lunch when my team had lunch because I wanted someone representing my team to be in the space at all times. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

109 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewer: | Okay. Between 11 and 12, when your team went to lunch, right? 12 was when your team went to lunch, about? |
| Interviewee: | Yes. |
| Interviewer: | Between 11 and 12, where was your team supposed to be? |
| Interviewee: | In the ballroom. |
| Interviewer: | Okay. During that period of time, was Giuseppe in the ballroom? |
| Interviewee: | No. He came to the ballroom after him and I had lunch, so probably around three or four o'clock. |
| Interviewer: | Okay. Prior to having lunch with Giuseppe that day, did you see Giuseppe in the area of you or your team at all? |
| Interviewee: | No. |
| Interviewer: | Okay. Did you share with anybody on your team on Saturday that you would be having lunch with Giuseppe later that day? |
| Interviewee: | No, it wasn't planned. I was going with my friends, and he was walking by and so he sat down with us. |
| Interviewer: | Okay. |
| Interviewee: | Yeah, we invited him to. |
| Interviewer: | Did you see Giuseppe and ▨▨▨ interact at all that weekend? |
| Interviewee: | No. |
| Interviewer: | All right. Okay, so I'm going to shift, okay? |
| Interviewee: | Okay. |
| Interviewer: | Help me understand Giuseppe. |
| Interviewee: | Yeah, so he's one of the oldest professors at the Hotel School. He used to be the advisor for HEC, the faculty advisor a bunch of years ago. He's ... I don't know if he's technically one of our faculty consultants, but he always comes into our meetings and helps us with things, and gives us advice. He's definitely a little bit older, so he repeats things a lot, and it's like, "Oh gosh, Giuseppe's here." Him and I speak in Italian a little bit. Yeah, I have him for two classes. I have him for Food and Wine Pairing and for my Beers class. He's just the nicest professor possible. I don't know how much we exactly learn in the classes, but he really |

Final Investigative Record
(20181900)
Distributed November 8, 2019

110 of 141

Private
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
|  | loves getting to know his students, and he makes up nicknames for everyone, and really knows us well, and always says hi to us in the hall. Usually will stop us and talk to us, which can get annoying if we're trying to go somewhere, but overall, I think he's a wonderful person. |
| Interviewer: | Okay. Tell me more about how he interacts with students. You described that he's really nice. Help me understand that a bit more. |
| Interviewee: | Yeah. He always knows what's going on with you. I remember the other day he came into the HEC office. I was working on a coding assignment, and he came over and he's like, "What are you working on?" Well, he doesn't know how to use a computer, so I don't know how I'm going to explain this. I was like, "Oh," I'm like, "coding assignments." He was like, "What class is it for?" I was like, "VBA." He's like, "What's that?" He really wants to know. Then if I saw him in the hallway, he would be like, "How's that coding assignment going?" He's just very involved. I know he would just always stop and talk to you for a long time. |
| Interviewer: | Okay. I'm trying to think if I had any other questions. Giuseppe's, the way he interacts physically with folks, have you had an opportunity to observe that or experience that? |
| Interviewee: | Yeah. I definitely know that people have noticed that he'll grab you. Everyone's like, "Oh, it's such an Italian grandfather thing to do." When he's talking to you, he'll get close to you and he'll usually put his hands on your shoulders. But ... |
| Co-Investigator: | Both shoulder at once? |
| Interviewee: | Yeah. Or it depends. Or he'll grab your arm and talk to you. I don't think his hearing's that great, so he'll be a little closer to you than normal personal space. But I do remember my friends and I were actually talking about this at dinner once because he'll come to establishment a lot, and he'll make the round and talk to everyone in the room, and he'll be talking to someone and grabbing their shoulders. But I remember we said, we're like, "Oh, that's a little weird." They were like, "Yeah, but he does it to guys, girls, professors, students, guests." He just does it to everyone. It's just his mannerism. |
| Interviewer: | Okay. All right. Anything else about his physical interactions with you or other students that you've observed that you think we should be aware of? |
| Interviewee: | No, nothing ... Other than, he definitely is a toucher. There's no doubt about that. |
| Co-Investigator: | That's a nice term. |
| Interviewee: | Yeah. |
| Interviewer: | Tell me more about toucher. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

111 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | You'll almost never interact with him without having him hold your arm or something. I mean, I personally am not uncomfortable by that at all. I don't know, maybe that's my Italian heritage, too. But I can definitely understand people being uncomfortable about it, and I think if you don't have him in class, you might not realize that he does that with everyone. |
| Interviewer: | Okay. And so, you've described so far, he'll touch your arm, and you put one hand on your own forearm and you've said your shoulders, and you put your own hands on your shoulders. Have you ever observed him or experienced him touching any other body parts? |
| Interviewee: | No. |
| Interviewer: | Okay. All right. Is there anything else you think we should know about Giuseppe or Professor Pezzotti? |
| Interviewee: | I mean, other than he's just ... everyone has pretty much positive things to say about him. I know that's definitely me looking at it from a perspective of butterflies and rainbows. But, I mean, most people do really love him and just see him as an old guy who repeats stuff a lot, but is filled with wisdom, and everyone says he's a gem of the Hotel School. |
| Interviewer: | Okay. Similar questions about ▮▮▮. Anything you think we should know about ▮▮▮? |
| Interviewee: | Not really. I mean, yeah, she ... I mean, I remember I was just very, almost disappointed in the weekend because it seemed like she wasn't pulling her weight that she promised throughout the entire year. She definitely wasn't living up to the expectations of her role. But then when Mrs. Kolakowski pulled me in and said to go easy on her, I was like, "Okay, something's up." Then I backed off, and I was like, "All right." |
| Interviewer: | Have you continued to work with ▮▮▮ since this event? |
| Interviewee: | Not really. We did cleanup on Sunday, which was pretty intense, and then haven't interacted with her much except she did apply to be in a director role for next year, and those applications finished up. And so, I was on the team that interviewed her. But that's really my only interaction that I've had with her. Then saying hi in the halls. |
| Interviewer: | Okay. All right. Trying to think, Sarah, if I had any other questions for you. I don't think I do. Do you have any questions for us? |
| Interviewee: | No. |
| Interviewer: | Okay. Last thing I just want to say ... Two more things. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

112 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Okay. |
| Interviewer: | Okay? The first is, we would ask that you keep this matter private. |
| Interviewee: | Absolutely. |
| Interviewer: | Do not share with your peers, or with other folks in the Hotel School, even faculty. We'd ask you to just keep this, everything we've talked about confidential today. |
| Interviewee: | Okay. |
| Interviewer: | To protect both Giuseppe and ▇. If you have any concerns, please come directly to us and we appreciate you being willing to speak with us today and we appreciate your honesty. Final thing I'll say is that the university protects folks who have engaged in this process from what we call retaliation. Retaliation is any adverse action taken against a person for talking to us. At the conclusion of our meeting today, like I said, you'll get copies of the transcripts, but both Giuseppe and ▇ may also have an opportunity to review the transcripts, okay? And so, sometimes they review them, something we just talk to them about it. It depends on how the matter proceeds. But they're also told that they cannot retaliate. |
| Interviewee: | Against me? |
| Interviewer: | Right. And so, if anything comes up where you feel like somebody is being retaliatory, please let us know and we'll address that immediately. |
| Interviewee: | Okay. |
| Interviewer: | Okay? Do you have any questions or concerns for us right now? |
| Interviewee: | No. |
| Interviewer: | All right. If anything comes up or if you think of something you think we should know, just reach out and we can either have you come back in, or we can chat on the phone, whatever works best for you. |
| Interviewee: | Perfect. |
| Interviewer: | Okay? |
| Interviewee: | Thank you. |
| Interviewer: | All right. Thank you. You have any questions, Jery? |
| Co-Investigator: | No, thank you very much for being so candid. Sorry to take your time. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

113 of 141

Private
Distribution Not Permitted - See Policy 6.4

Interviewee:   No, no, no. Thank you. I appreciate it.

Final Investigative Record
(20181900)
Distributed November 8, 2019

114 of 141

Private
Distribution Not Permitted - See Policy 6.4

## Policy 6.4 - Resolution of Reports Against Students Forms:
*Investigation – Transcript Review Form*

**Name[1] of the Individual Completing Form:** Sarah Monahan
**Interview Date:** May 7, 2019
**Date Transcript Review Form is Submitted:** May 13, 2019

*Interviewees may review the transcript of their investigative interview. Interviewees are not required to provide the investigator with comments or corrections based on their review of their investigative interview.* **If an interviewee would like to provide comments or corrections upon review of the transcript of their investigative interview, the interviewee must complete this form.**

*The completed form will be included in the investigative record.*

*The completed form should be submitted to the Lead Investigator electronically.*

| Page | Original Text in Transcript | Comment or Correction |
|---|---|---|
| 9 | "Friday" | "Friday and Saturday" |
| 9 | "in Max" | "in Mac's Café" |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

---

[1] Parties may use their initials or indicate "Complainant" or "Respondent."

Final Investigative Record
(20181900)
Distributed November 8, 2019

115 of 141

Private
Distribution Not Permitted - See Policy 6.4