# EXHIBIT "N"

Interviewer:                 Investigator

Co-Investigator:            And what's your uh-

Interviewee:                 So, I'm Heather Kolakowski I teach in the hotel school. I teach restaurant management, I'm the instructor and faculty advisor for hotels for Cornell, and I teach a class on non-profit social enterprise and food justice.

Co-Investigator:            Wow, congratulations.

Interviewee:                 Thanks, yeah, I like that class.

Interviewer:                 So thank you, for joining us. So Jery is not a psychic, he is our faculty co-Investigator in this case. So the procedures for the resolution of reports against faculty under university policy 6.4, which is the policy that sets forth the permitted conduct that we're investigating right now, requires that when a formal complaint is filed by a member or non-member of the Cornell community against a member of our faculty that we have a faculty co-Investigator. So Jery has very graciously agreed to serve in this really important role. It's incredibly useful to the folks in my office to have a member of the faculty assisting in this important work. So, we've asked you to come in today. You notice that I'm recording, so whenever we meet with a witness in the context of an investigation of this kind, we record the conversation.

Interviewer:                 At the conclusion of our conversation today, we'll have this recording transcribed and we'll send it to you, along with a link to a form. That form is kind of like , either this transcript is right or it's not. If there are errors in the transcript, or if you notice that you said something, that perhaps you misspoke, which is something I do all the time, you can note on that form, where you believe changes should be made or where you'd like to add information or clarify.

Interviewer:                 In the procedures involving faculty, which is the procedures under which we're investigating this matter, the parties are not provided copies of your transcript until the matter is concluded, and that is made part of our investigative report and record.

Interviewer:                 So, I'll take a step back. When we receive a formal complaint from a person against a member of the faculty, we initiate an investigation and that investigation, first and foremost, usually includes speaking to the person who's alleging that they've had an experience ... that is a violation of university policy 6.4. After we speak with the person who's making the report, and we conduct an investigative interview with them, we identify other folks that we think may have information that is relevant to that's person's report, and we talk to those folks. We also speak to the person or the faculty member, in this case accused

of engaging in the misconduct. That faculty member is advised of his or her rights, in this case his, and advised of the process in the same way that the person making the report had been. And also given an opportunity to provide names of folks that they believe that we should be speaking to in the course of our investigation, folks that they think may have relevant information.

Interviewer:   We're also looking, not only to hear from folks in the course of our investigation but we're also looking to collect any evidence that folks have that they're willing to give us. So, if for example, one of the parties in this case had sent you text message that's relevant to the report here, we would ask you if we could have screen shots of those text messages. So that's the type of evidence we collect. Emails, we would ask for, photographs, in cases involving sometimes students in a residence hall we might get the swipe records to see if students are entering or exiting and who's entering and exiting the building. Does that make sense?

Interviewee:   Mm-hmm.

Interviewer:   Any questions for me so far?

Interviewee:   Mm-mmm.

Interviewer:   Okay. After we have conducted our investigation, Jery and I will write an investigative report which will be a summary of all of the information we have gathered and attached to that investigative report at times will be the evidence and the parties will be allowed to review the investigative report. So they'll see the evidence collected, they'll be able to read the transcripts of the folks that we interviewed and they're able to offer responses to all of that as well.

Interviewer:   Then ultimately our investigative report will include recommendations as to whether or not there's been a violation of university policy using a preponderance of the evidence standard. That recommendation is then forwarded to the appropriate supervisor or dean who can then accept or reject our recommendations. The final outcome of the matter is not shared with the witnesses or with any other folks other than the parties involved, which is sometimes frustrating especially, students kinds of they don't care. Their like we don't care, we just, what do you need us to tell you and then they're done, right? But members of our faculty especially if they're working closely with somebody who's being accused of engaging in misconduct, like naturally want to know what the outcome is and so I like to just set the expectation in the beginning and that is that we won't share the outcome.

Interviewee:   Okay.

Interviewer:   This matter is confidential to the extent that we can keep it confidential. We don't like to use the word confidential, because it's not fully confidential, it's private. So we keep all of the information as private as possible, sharing it only

Final Investigative Record
(20181900)
Distributed November 8, 2019

117 of 141

Private
Distribution Not Permitted - See Policy 6.4

|  |  |
|---|---|
|  | with folks that we need to share it with to conduct our investigation and to initiate appropriate preventative measures or remedies. |
| Interviewee: | Mm-hmm. |
| Interviewer: | We also advise everybody we speak with about the university's prohibition against retaliation. So retaliation is any adverse act taken against a person for their involvement in an investigation of this kind, either as witness, complainant or respondent. The adverse action can include intimidation, it can include threats, it can include any other adverse action that's intended to harm a person's status as an employee, faculty member, student, or community member. So our expectation, of course, is that you not engage in any retaliatory behavior. And also that if you're experiencing it, we would encourage that you share it with us, because the university takes as seriously, retaliation, as it does complaints of prohibited conduct or instances of prohibited conduct because retaliation is often the reason why folks don't come forward. |
| Interviewee: | Mm-hmm. |
| Interviewer: | And we want folks to feel as if they can come forward and share their experiences. Any questions about any of that. |
| Interviewee: | Mm-Mmm. |
| Interviewer: | Okay. And then, finally, when we are speaking with folks we ask that they provide information that's truthful and accurate. If you don't have an answer or know an answer, or remember an answer to one of our questions, it's perfectly fine to tell us that. Prefer that you just say I don't know or I don't recall as opposed to trying to fill in gaps that may or may not be accurate. And then finally, if I ask you a question that is confusing, please feel free to just tell me that. If Jery asks you a question that is confusing, please feel free to just tell him that. We will not be offended. Okay? And then also, if you have questions in the course of our conversation, please, please feel free to ask. |
| Interviewee: | Alright. |
| Interviewer: | Okay. So last time I'll ask for now, do you have any questions before we get started? |
| Interviewee: | No, I don't. |
| Interviewer: | Okay. So, thank you first and foremost for submitting your report. And, I read that. Jery's read it, but I always like to just get an understanding from the person who submitted the report kind of what their experience was? What I'll do is kind of just not ask questions, I won't interrupt, let you kind of share. And then when you're done sharing, I may go back and ask some clarifying or follow-ups. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

118 of 141

Private
Distribution Not Permitted - See Policy 6.4

| Interviewee: | Okay. |
|---|---|
| Co-Investigator: | Could you maybe in doing it, set the scene for where this happened? Because the report- |
| Interviewee: | Yeah. |
| Co-Investigator: | ...is very focused, and it'd be interesting to sort of... |
| Interviewee: | Sure, sure. So, I'm the faculty advisor for Hotel Ezra Cornell which is a student run conference that we hold every March in the hotel school. We have over five hundred different volunteers over different shifts for like four days and the weeks leading up to HEC. So, this particular incident came to my attention, I wrote notes, get my information correct- |
| Interviewer: | Would it be helpful to have your original report as well? |
| Interviewee: | No, I think I have it. Came to my attention on Saturday afternoon. I was in the hotel school building in between program events, when I was called into the HR room, which is a room we have on the third floor where people would check in if they were using their volunteer shifts, and getting their uniforms and things like that. The person who communicated with me said that we had a student who was very visibly upset and was crying in the HR room and if I could come up and help with the situation. |
| Interviewee: | So, I went upstairs, and it was about four o' clock and [redacted] came to me, and she was really upset, and she said that she wasn't sure what she could do, or what she needed to do at this point, but she had had an incident the night before and she was really concerned about it. She was supposed to, at that point be, she was a design assistant director, so she was supposed to be setting up the ballroom for the gala dinner. So I knew she was upset because that was one of her roles was to do this work, and she wasn't doing that work. So, there was a lot of people around so I pulled her aside, actually into the stairwell- |
| Co-Investigator: | Smart. |
| Interviewee: | Yeah, so that there was no one around because she was upset, and I said, [redacted] what's going on? And she told me that she had had an incident with an instructor the night before. Actually no, she'd had it on Friday night. The student experience dinner ... no so if it was the student experience dinner it would have been Thursday night. Because Friday night was the dinner in the MSLC, so if she had this interaction at the student experience dinner, it would have been on Thursday night. So I miswrote that in the report. |
| Interviewee: | But she said that she was in the Terrace, which is located on the ground floor of the hotel school, and that she was standing near a table of guests, and that particular event is for guests of the conference, but also student volunteers. It's |

Final Investigative Record
(20181900)
Distributed November 8, 2019

119 of 141

Private
Distribution Not Permitted - See Policy 6.4

basically their family meal. It's their chance to eat while they're volunteering on the their shift, so there was students around there's faculty members around, there's guests of the conference around, in the Terrace and it's really busy, lots of people there.

Interviewee:    She said that she was standing at a table, near a table of guests and was interacting, talking with a guest and Giuseppe was standing next to her during the discussion, and I asked her well who else was at the table? And she's like well, Chef Vesco was there, so Anthony Vesco was there, but then she couldn't recall to me who else was at the table. She couldn't remember who else was seated at the table. But she said that during the discussion where she was standing next to the table, Giuseppe was standing next to her, she said that Giuseppe touched her butt after sliding his hand across her arm and her waist. She said she felt really uncomfortable at that point and excused herself as quickly as possible to leave the conversation but she said she was extremely worried and upset, because she wasn't quite sure you know what had happened, but it made her uncomfortable that he physically touched her bottom and she was uncomfortable in the situation.

Interviewee:    So she came to me on Saturday, but she said that she'd been worried about it all weekend because Giuseppe is an advisor as well for HEC. He was a long term advisor for HEC, he was a faculty member who ran HEC for a long time so he's always in the building during HEC to talk to the students, and see how things were going. She said that she didn't want to be around him because she felt uncomfortable, and anytime she saw him she would turn and walk the other way over the course of Friday and Saturday during the day. She was at the point where she was really, really upset and she didn't know what to do.

Interviewee:    So, I calmed her down and gave her a hug, because she needed a hug. And I said well you know it's good that you said something that it made you uncomfortable, but this is something that definitely needs to be reported because you came to me as a faculty member it's my responsibility to make sure I report it. I encouraged her to go to see the ombudsmen because that sometimes helps in the process, and then I told her that I needed to make the report for her because it's title nine consideration. She's like well, okay. And I said you know, whatever happened the situation's made you feel uncomfortable, and that's what we need to address.

Interviewee:    During that conversation, she had mentioned to me that she had spoken with a couple of people already, before coming to me. One of them being a former student who had graduated a couple of years ago. In her conversation with this former student ▓▓reported to me that when she talked to this student about the situation, the student said, are you sure it was Giuseppe? Because Giuseppe usually ... I mean he's a touchy guy, he'll touch your arm and he'll give you hugs, but are you sure he really meant to touch your butt? So it made ▓▓ feel really uncomfortable, because it kind of made her feel like her, at least what she told me, that her feelings were being dismissed.

| | |
|---|---|
| Interviewee: | I said well, you know it's just really important that you write everything down as to what happened so that there can be an investigation to see what was going on. So I encouraged her to write everything down, in fact I said it like two or three times, I was like make sure you write down because you're upset, you haven't slept, so that you can get clarity. Then, I was going to report it on Monday, and I think I submitted the report either Monday or Tuesday, but yeah I got that date wrong. It was on the Thursday. But that was it, and then I didn't say anything else because it's you know from a private stand-point I haven't talked to Giuseppe about it, I haven't even repeated it back to ███. So, because I figured that you would have to conduct an investigation and figure that out. So. |
| Interviewer: | Okay. Thank you. |
| Co-Investigator: | Are you involved with anyone who's providing first aid to ███ in some sense? |
| Interviewee: | No ... |
| Co-Investigator: | Is that okay? |
| Interviewer: | So, we will be sharing this recording with both parties, we might go back and ask a little bit more about services for ███, but we would put that on a separate recording potentially. |
| Interviewee: | Okay. |
| Interviewer: | It's not something that's relevant. |
| Interviewee: | Okay. |
| Interviewer: | So, if it's okay with you. I'm going to take a quick step back. |
| Interviewee: | Mm-hmm. |
| Interviewer: | You had indicated that when ███ came to you, she was really upset. Help me understand upset. |
| Interviewee: | She had obviously been crying, because her eyes were red, and her face was wet, as if she'd been crying, and she seemed really kind of distracted. She looked tired. I think she was wearing sweat pants, and not her normal attire. So she looked kind of flustered and tired, and when I asked her to tell me, you know, the situation, she cried a little bit while she was repeating what had happened to her so, that's how I could tell she was upset. |
| Interviewer: | Okay, and help us understand a little bit more about your previous relationship with ███. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

121 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | Okay, so ▓▓▓, as I mentioned before, ▓▓▓is an assistant director for HEC, so she's a volunteer for the organization. She had been "hired" in the fall semester to work on gala, and I believe a couple more events over the weekend as the design assistant direct. ▓▓▓ also a student in my restaurant management class, she's not in my lab night. Her lab night is on Friday nights, but she has subbed into one of my lab nights, either a Tuesday or a Thursday, to make-up a missed lab opportunity and then she would attend my lectures on Fridays for the restaurant management class. She also was interested in applying for the HEC board, HEC ninety-five for next year. She applied in the process for design direct, but we didn't select her for the board for next year. |
| Interviewer: | And who was part of the selection committee? |
| Interviewee: | So, the part of the selection committee is myself, the current managing director for HEC, as well as a selection of individuals from the current HEC board. We accept applications for their positions, and then we do interviews, and then we have a deliberation discussion about who we think would fit for the position, and comprise the slate which then gets submitted to the dean who approves it and then we move forward. |
| Co-Investigator: | This happened before or after the incident? |
| Interviewee: | The application is after. So, HEC happens March, it was finished on Sunday the seventeenth and then applications go live that Monday, but then we didn't start interviews until after HEC ... after Spring Break. |
| Co-Investigator: | Yeah it is, it's after this event, so. |
| Interviewee: | It's after, yeah it's after. |
| Interviewer: | What, if any, role does Giuseppe play in this process. |
| Interviewee: | Nothing in the selection process. |
| Interviewer: | Okay. Okay. Transitioning back to when she approached you. You mentioned that on that particular day, she ... that's a bad question. You mentioned that when she approached you that day, you noticed that she was very upset, and in describing her being very upset you mentioned that she was not doing her work. Help me understand why that was an indicator to you of her level of distress. |
| Interviewee: | I think ... from what I've experienced working with ▓▓▓ at least in restaurant management, when she was in the lab that I was in, she seemed to always be doing something. You know, if she was taking a break then she'd be sitting down but in class, during that period of time she was always kind of moving and doing things, and the fact that she wasn't at her, at the location in the ballroom, was kind of like well you know normally she would be there getting things ready. The design director, so her kind of lead, after my conversation with ▓▓▓. I went to |

Private
Distribution Not Permitted - See Policy 6.4

find Sarah who is the design director, because ▇▇▇ expressed to me that she was really upset. She was also upset because she felt that Sarah had yelled at her for not doing her job that day, and I said well I'll talk to Sarah and ask Sarah to just kind of lay-off the pressure of making sure you're doing certain things because you're having a stressful time right now.

**Interviewee:** So when I went to Sarah, I said Sarah just to let you know, ▇▇▇ having a stressful time right now, you know please give her some consideration ... She's like, okay. Did not know that. I'll keep that in mind. Because I guess she was trying to call ▇▇▇ like where are you, why aren't you doing your work. So that was adding to ▇▇▇ stress.

**Interviewer:** When you say, and I'm sorry I'm very deliberate, when you say, I guess Sarah was trying to call ▇▇▇, what did Sarah share with you about her interactions with ▇▇▇ prior to ▇▇▇ disclosure.

**Interviewee:** So, Sarah didn't share anything prior to ▇▇▇ disclosure. Okay, so when I talked to Sarah is after I spoke to ▇▇▇ and I saw Sarah in the hallway and I pulled Sarah aside. I was like Sarah just to let you know, ▇▇▇ under a lot of stress right now, she's not ... she's very upset right now, can you please give her some consideration and Sarah's like, oh, I was not aware of that. I've just been trying to find her, she hasn't been doing what she said she was going to be doing, and I was like, can you just ease off on ...

**Interviewer:** Okay

**Interviewee:** ... yelling at her for not being where she needs to be.

**Interviewer:** Did Sarah share with you any of the conversations that she had had with ▇▇▇ prior to having this understanding of ▇▇▇ circumstances?

**Interviewee:** No. No, and I didn't share with Sarah why ▇▇▇ was upset. I just said, she's upset.

**Interviewer:** Is Sarah a student or a?

**Interviewee:** And what's her last name?

**Interviewer:** Sarah Monahan

**Interviewee:** Is it M-O-N-?

**Interviewer:** M-O-N-A-H-A-N.

**Interviewee:** Okay, thank you.

**Interviewer:** Mm-hmm.

Final Investigative Record
(20181900)
Distributed November 8, 2019

123 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | So, I'm going all the way back, you said that- |
| Co-Investigator: | Can I ask a question? |
| Interviewer: | Mm-hmm. |
| Co-Investigator: | How do we find out who else was at the table where this happened? |
| Interviewee: | I don't know, and when I was talking with ▮▮▮ I asked her like who was there, and she said there were a couple of people who were seated at the table, one of them was Chef Vesco. So, there's not camera's or anything in the space. We potentially could look through photos, because I know they took some pictures of the event, but I don't know when she was actually in the room. |
| Co-Investigator: | Well people were probably coming and going. |
| Interviewee: | Right, because the event started right after the opening cocktail and it went from like to seven to nine o' clock. So anywhere in that timeframe- |
| Co-Investigator: | These are stand-up tables? |
| Interviewee: | Sit-down tables. It's pretty much similar seating arrangement that Terrace has right now, a lot of square, four people tables, a few larger tables- |
| Co-Investigator: | So, people get food, come down, sit and eat it, and then- |
| Interviewee: | ... then leave. Mm-hmm. |
| Interviewer: | Okay. Alright. So, the person who approached you on Saturday afternoon said ▮▮▮ upset, who is that? |
| Interviewee: | It was someone in the HR room. I don't think it was ... so Ronny was the director of HR, but I don't think it was Ronny who called me. I cannot recall. |
| Interviewer: | Okay. Do you know if that person had had a conversation with ▮▮▮ prior to you speaking with her? |
| Interviewee: | I do not know. |
| Interviewer: | Okay. You said that when you were speaking with ▮▮ she told you that she had had a conversation with a former student, who had asked her questions that made her feel like her, experience was I don't remember your exact words. |
| Interviewee: | Right, that almost made her question the experience. |
| Interviewer: | Do you remember who that person was or did she tell you who it was? |

Final Investigative Record
(20181900)
Distributed November 8, 2019

124 of 141

Private
Distribution Not Permitted - See Policy 6.4

Interviewee:     Mm-hmm. Francesca Phlippini. She graduated two, three years ago?

Interviewer:     Okay, and do you know how to spell Phlippini?

Interviewee:     P-H-L-I-P-P-I-N-I, I believe, Phlippini. Yeah.

Interviewer:     Okay. Have you had any conversation with Francesca or anybody else other than Ann about Ann's experience?

Interviewee:     Mm-mm.

Interviewer:     Okay. Alright.

Interviewee:     I take that back.

Interviewer:     Okay.

Interviewee:     So, my colleague, Doug Miller, who teaches the restaurant management class on Friday's, and is the lab instructor for ████ on Fridays, and ████had her management night and her management night of the semester. Giuseppe comes by, he stops by every night for all of the restaurant management teams and stops in and sees how they're doing, because he used to teach the class and pops into the kitchen, sees how they're doing. So, Doug had called me on Saturday, the week before management night and said, ████has asked me to not let Giuseppe come around her management night next Friday. And he said I don't know why, but she was very insistent that he not come around to see her management night because he always pops in.

Interviewee:     He's like, how do I handle that. I was like, I don't know Doug. Obviously, ████ uncomfortable with Giuseppe and doesn't want him there, but I don't know how to handle it, and so Doug said, well you know I'm not quite sure what I need to do. And I was like, well, I don't know either, so and I had mentioned to Doug that I was in the middle of an investigation that I couldn't talk about, but ████ was upset with Giuseppe and so that's why she would not want him to be coming around, because he makes her uncomfortable.

Interviewer:     Okay.

Interviewee:     Which is where I left it, but then I think Doug had to go to Alex our dean, to explain, you know a student doesn't want Giuseppe coming to the class and how do we keep him from coming next Friday, to pop in and make her uncomfortable. But I don't know what the final result was with that discussion.

Interviewer:     When was that, do you recall?

Final Investigative Record
(20181900)
Distributed November 8, 2019

125 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | So her management night, she was not the last group's management night, she was the previous management night. It would have been the week before hers. I can find the specific date for you. |
| Interviewer: | Could you? |
| Interviewee: | Yeah. |
| Interviewer: | The date of her management night, and the date that you also got this call from Doug. |
| Interviewee: | From Doug. Yeah, Mm-hmm. |
| Interviewer: | Yeah, that'd be great, and you can just follow-up with an email. |
| Interviewee: | Mm-hmm. |
| Interviewer: | Alright. Any follow-up conversation with ▮▮▮ about her experience. |
| Interviewee: | Mm-mm. The next time I saw ▮▮▮, other than in lecture after she came to me was ... she came to speak to me about her application for the design director position, and how she was interested in applying to be the design director and what do you think it would entail, I'm trying to think of what the discussion we had, other than what the role of the design director was ... I did mention to her, well just to let you know Giuseppe is an advisor for HEC. Because I'm not sure if she was aware that he's also an advisor and he pops in in lecture every once in a while. |
| Interviewer: | When you shared that with her how did she respond? |
| Interviewee: | She said, okay. |
| Interviewer: | Did she still subsequently apply? |
| Co-Investigator: | Is he an active faculty member? |
| Interviewee: | Mm-hmm. |
| Co-Investigator: | So, the way you say, popping in and this and that, it sounds like he's retired or something. |
| Interviewee: | No. No. Giuseppe pops in a lot. |
| Co-Investigator: | This is him. |
| Interviewee: | A lot of things, yup. So, he teaches restaurant entrepreneurship class, he teaches food and wine pairing, and he teaches beers, this semester. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

126 of 141

Private
Distribution Not Permitted - See Policy 6.4

Co-Investigator:     [inaudible 00:27:22]

Interviewee:     Yeah.

Co-Investigator:     Fantastic catalog.

Interviewee:     Yeah, he teaches really good classes, really fun classes ... and I don't think ██ is in any classes with him, but I don't know for sure.

Interviewer:     Okay ... Is there any other information that you think is important for Jery and I to know?

Interviewee:     ... Not specifically about ██ or the incident ... I mean, my interactions with Giuseppe, he was my instructor when I was a student. He's been a faculty colleague of mine. He does like to touch and hold, like my arm when I'm talking to him. But in my interactions with him, I never received any sort of sexual vibe from that. It was more of a comforting, because he's known me for so long and that's how he demonstrates his affection or connection with you is by like holding your hand or holding your arm. Occasionally, he'll give a hug but usually no.

Co-Investigator:     Does he generally ask for permission first? Or not?

Interviewee:     No. No. No.

Interviewer:     You mentioned that ██ got some feedback from Francesca about Francesca's interactions with Giuseppe, have you ever had any feedback from any of the students that you've worked with about their interactions with Giuseppe, so other students other than ██?

Interviewee:     No. Not in this way. Most people's responses about Giuseppe, is he remembers them and he usually recalls some sort of fact about them. Like for instance, when I came back ten years after my graduation, and he first saw me, he immediately was like, oh, how are your parents doing in Ohio? Because he remembered me from ten years before. But I've never heard any other comments about inappropriate touching.

Interviewer:     Okay. Have you ever made any observations of Giuseppe that you think are relevant for us to know?

Interviewee:     Like I said, he's an affectionate person where you know he'll hold your arm, or he'll give you a pat, or like on your shoulder or something. He's always asking me about my kids and he talks about pinching their cheeks, I've gotten a cheek pinched before, but that's the extent.

Interviewer:     Okay. Alright. Jery do you have any other questions?

| | |
|---|---|
| Co-Investigator: | I don't know if it's appropriate. If there was somebody else we want to sort of use as a witness of his behavior, and how he relates to people, is that a- |
| Interviewer: | That's a good question. |
| Co-Investigator: | ... could I ask her who could I talk to? |
| Interviewee: | Well ... |
| Co-Investigator: | Sometimes you have a close colleague that sees it all, what they're doing all the time. |
| Interviewee: | All the time. I mean so we all have offices on the second floor, and like I said Giuseppe is always around helping other people and popping in and saying how are you doing, is everything okay? So, I would say any of my colleagues could make an observation about- |
| Co-Investigator: | Then name one. I've got a long phone book. |
| Interviewee: | Right, yeah. |
| Co-Investigator: | You don't have to name one, I- |
| Interviewee: | Yeah. I mean Cheryl Stanley has her office right next to his. They share a wall, but like they don't see each other. |
| Co-Investigator: | You're not supporting and giving us a witness to someone who witnessed something bad, just somebody who could say the same thing you did, is the way they see him operate. |
| Interviewee: | Doug Miller could as well, because like I said, Giuseppe pops in and out of the classes all the time. |
| Co-Investigator: | Is he tall, big shoulders, blonde? |
| Interviewee: | Doug? No. Doug's African American. |
| Co-Investigator: | No, I know somebody from the hotel school and that's not him then. |
| Interviewee: | Tall, blonde, larger guy is Vince Law maybe? |
| Co-Investigator: | Vince Law, and he's involved in government, I saw him- |
| Interviewee: | Yup. I think so. |
| Co-Investigator: | Thank you. Not relevant, but anyway. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

128 of 141

Private
Distribution Not Permitted - See Policy 6.4

| | |
|---|---|
| Interviewee: | It's a small world. |
| Interviewer: | Alright. So, I don't have any other questions if Jery doesn't have any other questions for right now. |
| Co-Investigator: | I appreciate your candidness, representing the student and being concerned about the faculty at the same time. |
| Interviewer: | Right, well it was a really tough situation. Like I felt really bad when ▓▓▓ came to me, because she was obviously upset. This is what I told her, whatever happened, whether he meant to or not, the end result is you feel uncomfortable, and that's- |
| Co-Investigator: | She really feels uncomfortable, because you talked to her on Saturday and it happened on Thursday. She was still in that state at that time, I would, seem as significant. |
| Interviewer: | Right, so and that's why I said, it's really important to follow-up, but I also, I mean to be very candid, I can't see Giuseppe touching someone inappropriately and meaning it. I could see maybe an inadvertent and being ... but like it would crush him. He'd be so sad to think that ▓▓▓ is so upset, that he made a student upset. He would ... |
| Co-Investigator: | I can identify with that without knowing him or anything, you can certainly imagine somebody slipping sometime. |
| Interviewer: | Right. But either way, if she felt uncomfortable, whatever happened, she's uncomfortable. |
| Co-Investigator: | Lot of [inaudible 00:33:33] |
| Interviewee: | Okay. I'm going to stop the recording, if there's nothing more. |

Final Investigative Record
(20181900)
Distributed November 8, 2019

129 of 141

Private
Distribution Not Permitted - See Policy 6.4

## Policy 6.4 - Resolution of Reports Against Students Forms:
### *Investigation – Transcript Review Form*

**Name[1] of the Individual Completing Form: Heather Kolakowski**
**Interview Date: 5/7/19**
**Date Transcript Review Form is Submitted: 5/9/19**

*Interviewees may review the transcript of their investigative interview. Interviewees are not required to provide the investigator with comments or corrections based on their review of their investigative interview. If an interviewee would like to provide comments or corrections upon review of the transcript of their investigative interview, the interviewee must complete this form.*

*The completed form will be included in the investigative record.*

*The completed form should be submitted to the Lead Investigator electronically.*

| Page | Original Text in Transcript | Comment or Correction |
|------|------------------------------|------------------------|
| 1 | faculty advisor for hotels for Cornell | Faculty advisor for Hotel Ezra Cornell |
| 4 | ████ came to me | ████ |
| 7 | design assistant direct | Design assistant director |
| 7 | design direct | Design director |
| 9 | Ronny was the director of HR, but I don't think it was Ronny who called me. | Rani was the director of HR, but I don't think it was Rani who called me. |
| 10 | Specific date for you | ████ management night was Friday April 26th. So Doug Miller spoke with me on Saturday April 20th at 11 am about his conversation with ████ the night before about ████ feeling uncomfortable if Giuseppe came around the classroom/restaurant on her night the following week. |
| 13 | Vince Law | Vince Slaugh |
|  |  |  |
|  |  |  |
|  |  |  |

[1] Parties may use their initials or indicate "Complainant" or "Respondent."

Final Investigative Record
(20181900)
Distributed November 8, 2019

130 of 141

Private
Distribution Not Permitted - See Policy 6.4