# EXHIBIT "R"



**Cornell**
**SC Johnson College of Business**

Kevin F. Hallock
Dean
Professor of Strategy and Business Economics
Joseph R. Rich '80 Professor

Office of the Dean
174 Statler Hall
Ithaca, NY 14853-6902

607.255.8791
hallock@cornell.edu

Cornell SC Johnson College of Business

December 6, 2019

Mr. Giuseppe Pezzotti
Senior Lecturer
School of Hotel Administration
Cornell University

Dear Mr. Pezzotti:

I am writing to notify you that after careful consideration, I have accepted the conclusion and recommendations reached by the investigators in the Policy 6.4 investigation. For the reasons outlined in the report, I have concluded that you have engaged in inappropriate conduct which violates Policy 6.4 and which warrants an unpaid five-month suspension (January 1, 2020 through May 31, 2020) and mandatory counseling as prescribed by the Title IX office. Your health insurance coverage will continue during the time of this suspension.

During the suspension, you may not be in the Statler Hotel or Statler Hall. You may also not attend any School of Hotel Administration or Cornell SC Johnson College of Business events regardless of their location. Between the date of this letter and January 1, 2020 you may only come to the Statler Hotel or Statler Hall to finish your teaching responsibilities for the fall term. Sean Moeller, from the Cornell SC Johnson College of Business HR team, will remain available to address any questions you have about the suspension or the counseling.

You have the right to appeal my decision. You can consult with the Title IX office for further guidance on the appeal process.

Sincerely,

Kevin F. Hallock