# EXHIBIT "T"



Kevin F. Hallock
Dean
Professor of Strategy and Business Economics
Joseph R. Rich '80 Professor

Office of the Dean
174 Statler Hall
Ithaca, NY 14853-6902

607.255.8791
hallock@cornell.edu

Cornell SC Johnson College of Business

December 13, 2019

Mr. Giuseppe Pezzotti
Senior Lecturer, School of Hotel Administration
Cornell University

Dear Mr. Pezzotti:

Yesterday I received your appeal of my December 6, 2019 decision to suspend you for the Policy 6.4 matter. I have considered your appeal to have the decision reversed and/or the sanction modified. Upon reflection, I will not alter my decision of December 6, 2019.

I note and appreciate your concern for the students who have signed up for courses you were scheduled to teach in Spring 2020 as the basis for your request for a delay in the sanction. However, I think it is important to have you away from the School/Hotel as you receive counseling and I want that to take place immediately.

On a separate note, I was extremely dismayed to see you have already violated my December 6, 2019 directive that you not be in the building other than to meet your teaching duties by attending the Town Hall today from 9:30am-10:30am in the Statler Auditorium. I have subsequently learned that you further disregarded my directive by attending a retirement party and at least one other function not associated with your teaching. I may take further disciplinary action if you violate the December 6, 2019 directive again.

In summary, I am not revising my finding or the sanctions. Please contact Sean Moeller if you have any questions about the implementation of the discipline.

Sincerely,

Kevin F. Hallock