UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GIUSEPPE PEZZOTTI,

        Plaintiff,

v.

CORNELL UNIVERSITY,

        Defendant.

**STIPULATION OF DISMISSAL**
Case No. 3:22-CV-01283 (MAD/ML)

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective attorneys as follows:

1. The parties hereby agree that the above-captioned action, including all affirmative claims, cross-claims, and counterclaims, is dismissed on the merits and with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party bearing its own costs, expenses, and attorneys' fees.

2. This Stipulation may be signed by counsel for the parties in counterparts; executed by PDF, facsimile, or electronic signatures with the same force and effect as originals; and filed with the Court without further notice.

Dated:  February __, 2023

_____
Conrad R. Wolan (512286)
Cornell University
Office of General Counsel
*Attorneys for Cornell University*

_____
Steven A. Lucia (514441)
H. Roske Associates LLP
*Attorneys for Giuseppe Pezzotti*

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: February 28, 2023
Albany, NY